UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOVELTY, INC.

          Plaintiff,

v.

KAREN TANDY,
in her official capacity as Administrator,
U.S. Drug Enforcement Administration, et al.,

          Defendants.

Case No. _____

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Novelty, Inc., certify that to the best of my knowledge and belief, no parent companies, subsidiaries or affiliates of Novelty, Inc. have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted:

          NOVELTY, INC.,

          _____
          By Counsel
          Jonathan W. Emord (DC Bar 407414)
          Andrea G. Ferrenz (DC Bar 460512)

Emord & Associates, P.C.
1800 Alexander Bell Dr.
Suite 200
Reston VA 20191
Phone (202) 466-6937
Fax (202) 466-6938
jemord@emord.com

Date submitted: January 29, 2007