# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )　　Civil Action No. 1:07-CV-00191 (RMU) |
| | ) |
| KAREN TANDY, in her official capacity; | ) |
| UNITED STATES DRUG | ) |
| ENFORCEMENT ADMINISTRATION; | ) |
| ALBERTO GONZALES, in his official | ) |
| capacity; UNITED STATES | ) |
| DEPARTMENT OF JUSTICE; and the | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ATTORNEY APPEARANCE

Undersigned counsel, Amy E. Powell, hereby enters her appearance as counsel for the defendants in the above-captioned case.

Dated: February 27, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch

/s/ _____
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Rm. 7217
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov