**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Alberto R. Gonzales*
*U.S. Dept. of Justice*
*950 Penn. Ave., NW*
*Washington, DC 20530-0001*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

FEB 0 6 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*      ☐ Yes

2. Article Number
   *(Transfer from service label)*    7004 2890 0003 4509 6045

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



**U.S. Postal Service**™
**CERTIFIED MAIL**™ RE
*(Domestic Mail Only; No Insurance*

For delivery information visit our websit

**OFFICIAL**

| | | |
|---|---|---|
| 50570-001 Postage | $ | 3.05 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.30 |

Sent To
*Alberto R. Gonzales*
Street, Apt. No. *U.S. Dept. of Justice*
or PO Box No. *950 Penn. Ave., NW*
City, State, ZIP *Washington, DC 20530-0001*

PS Form 3800

HASLER

01TH15518580
02/02/2007 $00.0
.009
Mailed From 20191

US POSTAGE

7004 2890 0003 4509 6045