AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NOVELTY, INC.

**SUMMONS IN A CIVIL CASE**

V.

KAREN TANDY, in her official capacity
as Administrator, U.S. Drug Enforcement
Administration, et. al.

CASE NUMBER   1:07CV00191

JUDGE: Ricardo M. Urbina

DECK TYPE: Administrative Agency Rev

DATE STAMP: 01/29/2007

TO: (Name and address of Defendant)

Alberto R. Gonzales, U.S. Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Emord
Andrea G. Ferrenz
Emord & Associates
1800 Alexander Bell Drive
Suite 200
Reston, VA 20191

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 2 9 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE February 6, 2007 |
| NAME OF SERVER (PRINT) Janet K. Bond | TITLE Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served by certified mail upon defendant Alberto R. Gonzales, U.S. Attorney General.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $7.30 postage + fees | TOTAL $7.30 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 2, 2007    /s/ J. Bond
              Date                    Signature of Server

                    Emord + Assoc. PC, 1800 Alexander
                    Address of Server
                    Bell Dr., Suite 200, Reston VA 20191

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>FEB 0 6 2007 |
| 1. Article Addressed to:<br><br>**Alberto R. Gonzales**<br>**U.S. Dept. of Justice**<br>**950 Penn. Ave., NW**<br>**Washington, DC  20530-0001** | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2890 0003 4509 6045 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE    First-Class Mail<br>Postage & Fees Paid<br>USPS<br>Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Emord & Associates, PC**
**1800 Alexander Bell Drive**
**Suite 200**
**Reston, VA  20191**