AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NOVELTY, INC.

**SUMMONS IN A CIVIL CASE**

V.

KAREN TANDY, in her official capacity
as Administrator, U.S. Drug Enforcement
Administration, et. al.

CASE NUMBER: 07-191 (RMU)

TO: (Name and address of Defendant)

U.S. Drug Enforcement Administration
Mailstop: AES
2401 Jefferson Davis Highway
Alexandria, VA 22301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Emord
Andrea G. Ferrenz
Emord & Associates
1800 Alexander Bell Drive
Suite 200
Reston, VA 20191

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 01 2007
CLERK                                       DATE

_Jackie Fronez_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | February 5, 2007 |
| NAME OF SERVER (PRINT) Janet K. Bond | TITLE Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served by certified mail upon defendant U.S. Drug Enforcement Administration.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 2, 2007    _[signature]_
              Date                Signature of Server

Emord & Associates PC
*Address of Server*
1800 Alexander Bell Dr., Suite 200
Reston VA 20191

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *Charles J.* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 2/5/0 |
| 1. Article Addressed to:<br>Karen Tandy - Administrator<br>U.S. DEA<br>Mailstop: AES<br>2401 Jefferson Davis Hwy.<br>Alexandria, VA 22301 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2890 0003 4509 6052 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Emord & Associates, PC
1800 Alexander Bell Drive
Suite 200
Reston, VA 20191