IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00191 (RMU) |
| ) | |
| KAREN TANDY, in her official capacity; ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION; ) | |
| ALBERTO GONZALES, in his official ) | |
| capacity; UNITED STATES ) | |
| DEPARTMENT OF JUSTICE; and the ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants hereby move to dismiss the complaint in the above-captioned matter pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In the alternative, the defendants request summary judgment pursuant to Fed. R. Civ. P. 56(b).

Date:  April 10, 2007                Respectfully Submitted,

                                     PETER D. KEISLER
                                     Assistant Attorney General

                                     JEFFREY A. TAYLOR
                                     United States Attorney

                                     ARTHUR R. GOLDBERG
                                     Assistant Director
                                     Federal Programs Branch

/s_____
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Rm. 7322
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov

*Attorneys for Defendant*