UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>KAREN TANDY, Administrator, )<br>U.S. Drug Enforcement Administration, )<br>et al., )<br>)<br>    Defendants. ) | Case No. 1:07-cv-00191-RMU<br>Judge Ricardo M. Urbina |

**CONSENT MOTION FOR EXTENSION OF TIME
AND TO ESTABLISH PLEADING SCHEDULE**

    Plaintiff Novelty, Inc., by counsel and in accordance with this Court's Standing Order for Civil Cases, Local Civil Rule 7, hereby submits this Consent Motion for extension of time and to establish pleading schedule more than 4 days in advance of the deadline for Plaintiff's filing of an opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment. Defendants' motion was submitted to the Court on April 10, 2007.

    Pursuant to Local Civil Rule 7(m), the parties have conferred and the Defendants consent to this motion.

    No prior motions for extension of time have been granted. This motion for extension of time is submitted before a pre-trial conference has been scheduled.

    Good cause exists for the grant of this motion. Defendants have filed a consolidated Motion to Dismiss, or, in the Alternative, for Summary Judgment. In response, Plaintiff intends not only to file an opposition to the consolidated motion to dismiss and to the alternative motion for summary judgment but also to file a cross-

motion for summary judgment.  In turn, Defendants wish to file a consolidated reply and opposition to the cross-motion.  Plaintiffs will thereafter file a reply to the opposition to cross-motion.

The timing rules contemplate single motions, not consolidated ones.  Nevertheless, use of consolidated motions has become customary and can aid in the expeditious resolution of a case.  The statutory and regulatory provisions in issue and the factual allegations contained in the Defendants' consolidated motion require more time than the allotted 11 days specified in Local Civil Rule 7(b) for Plaintiff to conduct the necessary interviews and obtain the appropriate affidavits needed to support an accurate and thorough opposition.  In addition, Plaintiff intends not only to oppose Defendants' alternative motion for summary judgment but to file a cross-motion for summary judgment, and so, even more effort and time is required to fully and fairly present its case.  Defendants too require more than the allotted 5 days specified in Local Civil Rule 7(d) for Defendants' consolidated reply to the opposition and opposition to the cross-motion.  Accordingly, the pleading schedule to which both parties agree is as follows:

> Plaintiff's Opposition to Consolidated Motion to Dismiss or for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment ………… May 23
>
> Defendants' Reply to Opposition and Opposition to Cross-Motion ……... June 25
>
> Plaintiff's Reply to Opposition to Cross-Motion………………………….. July 12

Grant of the motion will not affect any judicially set deadlines because none has been set at this early stage of the case.

For the foregoing reasons, Plaintiff respectfully requests that the motion be granted. A draft order is attached.

                          Respectfully submitted,

                          /s/_____
                          Jonathan W. Emord (#407414)
                          Andrea G. Ferrenz (#460512)
                          Counsel to Novelty, Inc.

Emord & Associates, P.C.
1800 Alexander Bell Drive
Suite 200
Reston VA 20191
Phone: (202) 466-6937
Fax: (202) 466-6938
jemord@emord.com

Date submitted:  April 16, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOVELTY, INC.,**           )<br>                              )<br>    **Plaintiff,**           )<br>                              )<br>v.                            )<br>                              )<br>**KAREN TANDY, Administrator,** )<br>**U.S. Drug Enforcement Administration,** )<br>**et al.,**                   )<br>                              )<br>    **Defendants.**          ) | Case No. 1:07-cv-00191-RMU<br>Judge Ricardo M. Urbina |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion for an Extension of Time and to Establish a Pleading Schedule, it is hereby

**ORDERE**D that the motion is **GRANTED** and that the pleading schedule to which both parties agree is as follows:

Plaintiff's Opposition to Consolidated Motion to Dismiss or for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment ………….......................May 23

Defendants' Reply to Opposition and Opposition to Cross-Motion ……... June 25

Plaintiff's Reply to Opposition to Cross-Motion………………………….. July 12

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Dated: