UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-00191-RBW |
| | ) Judge Reggie B. Walton |
| KAREN TANDY, Administrator, | ) |
| U.S. Drug Enforcement Administration, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL**

Please note that effectively immediately Plaintiff's counsel's new address is:

Jonathan W. Emord
Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton VA 20124

Counsel's phone, fax, and email address remain the same.

Respectfully submitted,

Jonathan W. Emord
Andrea G. Ferrenz
Counsel to Novelty, Inc.

Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton VA 20124
Phone: (202) 466-6937
Fax: (202) 466-6938
jemord@emord.com

Date submitted: May 18, 2007