IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00191 (RMU) |
| ) | |
| KAREN TANDY, in her official capacity; ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION; ) | |
| ALBERTO GONZALES, in his official ) | |
| capacity; UNITED STATES ) | |
| DEPARTMENT OF JUSTICE; and the ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS AND FOR AN EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**

Defendants hereby move to withdraw the Motion to Dismiss, or in the Alternative for Summary Judgment, without prejudice and for an enlargement of time in which to respond to the first amended complaint. The Amended Complaint supersedes the original Complaint and renders moot any pending motions. See, e.g., National City Mortg. Co. v. Navarro, 220 F.R.D. 102, 106 (D.D.C. 2004) (Urbina, J.).

Under Fed. R. Civ. P. 15(a), defendants have ten business days, or until June 4, 2007, in which to respond to an amended complaint that was filed May 18, 2007. See also Fed. R. Civ. P. 6(a). No previous extension of time to respond to the amended complaint has been granted, and there is good cause for this motion. The amended complaint specifically challenges the alleged denial of a hearing to plaintiff Novelty, Inc., in an underlying administrative matter, using both

the Administrative Procedure Act and Due Process Clause as bases for the challenge. The amended complaint thus adds two entirely new causes of action and adds many factual and legal allegations relevant to its pre-existing causes of action. These amendments require significant revision of the first motion to dismiss, now moot, and the compilation of an administrative record.

This extension and withdrawal will also affect the previously stipulated briefing schedule, entered by the Court on April 17, 2007. Operating under that schedule, plaintiff moved for summary judgment and responded to the Motion to Dismiss on May 23, 2007. The defendants' reply and opposition would have been due June 25, 2007. The plaintiff's reply would have been due July 12, 2007. In light of the need to compile an administrative record and file a new response to the Complaint, the parties have conferred and now agree upon the following schedule:

June 25, 2007 -   Defendants' response to the Amended Complaint and opposition to plaintiff's motion is due. Defendants will provide plaintiff with the certified administrative record by or on the same day.

July 19, 2007 -   Plaintiff's opposition brief to any motion filed by defendant and reply in support of its own motion is due.

Aug. 2, 2007 -    Defendants' reply brief in support of any motion it files is due.

Plaintiff will file an Appendix with the Court within ten days of the last filing in accordance with new local rule 7(n).

Plaintiff does not oppose this motion. Accordingly, defendants request that the Court allow the defendant to withdraw its previous motion without prejudice and set the above-described briefing schedule.

Dated: May 29, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch


/s
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Rm. 7322
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NOVELTY, INC., ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 1:07-CV-00191 (RMU) | |
| ) | | |
| KAREN TANDY, in her official capacity; ) | | |
| UNITED STATES DRUG ) | | |
| ENFORCEMENT ADMINISTRATION; ) | | |
| ALBERTO GONZALES, in his official ) | | |
| capacity; UNITED STATES ) | | |
| DEPARTMENT OF JUSTICE; and the ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

**[PROPOSED] ORDER**

This matter is before the Court on defendants' unopposed motion to withdraw the Motion to Dismiss, or in the Alternative, for Summary Judgment, and for an extension of time in which to respond to the First Amended Complaint. Having duly considered the motion, it is hereby:

ORDERED that, defendants' motion to withdraw the Motion to Dismiss, or in the Alternative, for summary judgment, is GRANTED, without prejudice; and it is

FURTHER ORDERED that the parties shall adhere to the following briefing schedule, unless modified by the Court for its own convenience or on application of a party:

June 25, 2007 -   Defendants' response to the Amended Complaint and opposition to plaintiff's motion is due.  Defendants will provide plaintiff with the certified administrative record by or on the same day.

July 19, 2007 -   Plaintiff's opposition brief to any motion filed by defendant and reply in

       support of its own motion is due.

Aug. 2, 2007 -  Defendants' reply brief in support of any motion it files is due.

Plaintiff will file an Appendix with the Court within ten days of the last filing in accordance with new local rule 7(n).

  SIGNED and ENTERED this ___ day of _____, 2007.

               _____
               U.S. DISTRICT JUDGE RICARDO M URBINA