IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00191 (RMU) |
| ) | |
| KAREN TANDY, in her official capacity; ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION; ) | **FILED** |
| ALBERTO GONZALES, in his official ) | |
| capacity; UNITED STATES ) | MAY 2 9 2007 |
| DEPARTMENT OF JUSTICE; and the ) | |
| UNITED STATES OF AMERICA, ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |
| Defendants. ) | |

## ORDER

This matter is before the Court on defendants' unopposed motion to withdraw the Motion to Dismiss, or in the Alternative, for Summary Judgment, and for an extension of time in which to respond to the First Amended Complaint. Having duly considered the motion, it is hereby:

ORDERED that, defendants' motion to withdraw the Motion to Dismiss, or in the Alternative, for summary judgment, is GRANTED, without prejudice; and it is

FURTHER ORDERED that the parties shall adhere to the following briefing schedule, unless modified by the Court for its own convenience or on application of a party:

June 25, 2007 -   Defendants' response to the Amended Complaint and opposition to plaintiff's motion is due. Defendants will provide plaintiff with the certified administrative record by or on the same day.

July 19, 2007 -   Plaintiff's opposition brief to any motion filed by defendant and reply in

support of its own motion is due.

Aug. 2, 2007 -    Defendants' reply brief in support of any motion it files is due.

Plaintiff will file an Appendix with the Court within ten days of the last filing in accordance with new local rule 7(n).

SIGNED and ENTERED this 29TH day of May, 2007.

U.S. DISTRICT JUDGE RICARDO M URBINA