**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NOVELTY, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>KAREN TANDY, Administrator, )<br>UNITED STATES DRUG ENFORCEMENT )<br>ADMINISTRATION; et al., )<br>)<br>)<br>    Defendants. ) | Case No. 1:07-CV-00191 (RMU) |

**ERRATUM TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Novelty Inc., by counsel, hereby submits this erratum to its Motion for Preliminary Injunction filed yesterday, June 12, 2007. The erratum corrects ungrammatical sentence structure in the motion and clarifies the relief requested. There are no substantive changes to the requested relief.

                                        Respectfully submitted,

                                        NOVELTY, INC.

                                        By:  _____/s/_____
                                                Its counsel
                                                Jonathan W. Emord (DC Bar 407414)
                                                Andrea G. Ferrenz (DC Bar 460512)

Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA 20124
P: (202) 466-6937
F: (202) 466-6938
Email: jemord@emord.com

Date submitted:  June 13, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NOVELTY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAREN TANDY, Administrator, )<br>UNITED STATES DRUG ENFORCEMENT )<br>ADMINISTRATION; et al., )<br>)<br>)<br>Defendants. ) | Case No. 1:07-CV-00191 (RMU) |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Novelty, Inc. (Novelty), by counsel and pursuant to Federal Rule of Civil Procedure (FRCivP) 65, hereby requests issuance of a preliminary injunction. Novelty seeks an injunction that requires Defendant Drug Enforcement Administration (DEA) no later than fifteen (15) days after the Court's order on the motion to serve upon Novelty a Notice of Suspension pursuant to 21 U.S.C. 971. The Notice of Suspension is for a September 25, 2006 request for a Letter of No Objection (LONO) that DEA has wrongfully denied. Novelty also seeks an injunction that requires Defendants to hold an administrative hearing on the LONO denial no later than forty-five (45) days after the Notice of Suspension is issued (or at another date mutually agreeable to the parties). A memorandum of points and authorities is attached along with a draft order.

Respectfully submitted,

NOVELTY, INC.

By: \_\_\_\_\_/s/_____
  Its counsel
  Jonathan W. Emord (DC Bar 407414)
  Andrea G. Ferrenz (DC Bar 460512)

Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA 20124
P: (202) 466-6937
F: (202) 466-6938
Email: jemord@emord.com

Date submitted: June 12, 2007