IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NOVELTY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-CV-00191 (RMU) |
| | ) | |
| KAREN TANDY, in her official capacity; UNITED STATES DRUG ENFORCEMENT ADMINISTRATION; ALBERTO GONZALES, in his official capacity; UNITED STATES DEPARTMENT OF JUSTICE; and the UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Defendants hereby move for an enlargement of time in which to respond to the plaintiff's motion for a preliminary injunction up to and including June 25, 2007. Under local rule 65.1(c), defendants have five business days, or until June 19, 2007, in which to respond to a motion for a preliminary injunction filed the evening of June 12, 2007. See also Fed. R. Civ. P. 6(a). No previous extension of time to respond to the motion has been granted, and there is good cause for this motion. The parties had previously agreed to, and this Court had set, a briefing schedule for resolution of these issues. No new information has arisen justifying an expedited briefing schedule. The motion for a preliminary injunction, like the plaintiff's motion for summary judgment, raises issues that require the compilation of an administrative record to respond to numerous complex jurisdictional and substantive issues.

      This extension and withdrawal will not affect the previously stipulated briefing schedule, entered by the Court on May 29, 2007, except insofar as the defendants will likely consolidate their response to the motion for a preliminary injunction with the other briefs due on that day. Plaintiff does not oppose this motion. Accordingly, defendants request that the Court grant this motion for an extension of time up to and including June 25, 2007, in which to respond to plaintiff's motion for a preliminary injunction.

Dated: June 14, 2007                                             Respectfully Submitted,

                                                                                   PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch

/s_____
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Rm. 7322
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NOVELTY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00191 (RMU) |
| ) | |
| KAREN TANDY, in her official capacity; ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION; ) | |
| ALBERTO GONZALES, in his official ) | |
| capacity; UNITED STATES ) | |
| DEPARTMENT OF JUSTICE; and the ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

This matter is before the Court on defendants' unopposed motion for an extension of time in which to respond to the Motion for a Preliminary Injunction. Having duly considered the motion, it is hereby:

ORDERED that, defendants' motion for an enlargement of time, is GRANTED, and that defendants shall have up to and including June 25, 2007 to respond to the motion for a preliminary injunction.

SIGNED and ENTERED this ___ day of _____, 2007.

_____
U.S. DISTRICT JUDGE RICARDO M. URBINA