**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NOVELTY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-00191 (RMU) |
| ) | |
| KAREN TANDY, Administrator, ) | |
| UNITED STATES DRUG ENFORCEMENT ) | |
| ADMINISTRATION; et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**ERRATUM TO PLAINTIFF'S MOTION FOR LIMITED DISCOVERY OF**
**DEFENDANT WITNESS DARRELL R. MEADOR**

Plaintiff Novelty Inc., by counsel, hereby submits this erratum to its Motion for Limited Discovery of Defendant Witness Darrell R. Meador. The attached copy of the proposed document production requests was inadvertently omitted as an attachment from yesterday's filing of the motion.

Respectfully submitted,

NOVELTY, INC.

By: _____/s/_____
    Its counsel
    Jonathan W. Emord (DC Bar 407414)
    Andrea G. Ferrenz (DC Bar 460512)

Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA 20124
P: (202) 466-6937
F: (202) 466-6938
Email: jemord@emord.com

Date submitted: June 22, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-00191 (RMU) |
| ) | |
| KAREN TANDY, Administrator, ) | |
| UNITED STATES DRUG ENFORCEMENT ) | |
| ADMINISTRATION; et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S FIRST SET OF DOCUMENT PRODUCTION REQUESTS**

**TO: DARRELL R. MEADOR, STAFF COORDINATOR, OFFICE OF ENFORCEMENT OPERATIONS, DANGEROUS DRUGS AND CHEMICALS SECTION, U.S. DRUG ENFORCEMENT ADMINISTRATION**

**FR: NOVELTY, INC.**

Pursuant to Fed.R.Civ.P. 26(b), 28, 30, and 34 and by leave of Court, Plaintiff Novelty, Inc. hereby requests that the following documents and things in the possession, custody, or control of Darrell R. Meador be produced for inspection and copying. Production is to occur no later than 28 days after the date appearing in the certificate of service attached hereto and shall be served upon counsel for Plaintiff, Jonathan W. Emord, at Emord & Associates, P.C., 11808 Wolf Run Lane, Clifton, VA 20124.

**DEFINITIONS**

The terms below used herein are defined as follows:

1.  The term *documents* means within the full extent and scope of Fed.R.Civ.P. 34 all writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations stored in any medium from which

information can be obtained (translated, if necessary, by the respondent into reasonably usable form) and all tangible things responsive to this request.

    2.    The term *Declaration* means the "Declaration of Darrell R. Meador," executed April 10, 2007, and originally filed by Defendants with this Court in the above-referenced proceeding on June 10, 2007.

### REQUEST FOR PRODUCTION

1. All *documents* referenced in paragraph 17 of the *Declaration* or relied upon as support for any fact stated in paragraph 17 of the *Declaration*.

2. All *documents* referenced in paragraph 18 of the *Declaration* or relied upon as support for any fact stated in paragraph 17 of the *Declaration*.

Sincerely,

_____
Jonathan W. Emord
Andrea G. Ferrenz
Robert G. Morley
**Emord & Associates, P.C.**
11808 Wolf Run Lane
Clifton, VA 20124
(202) 466-6937
jemord@emord.com