IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00191 (RMU) |
| ) | |
| KAREN TANDY, in her official capacity; ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION; ) | |
| ALBERTO GONZALES, in his official ) | |
| capacity; UNITED STATES ) | |
| DEPARTMENT OF JUSTICE; and the ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR AN EXPANSION OF PAGE LIMITATIONS

Defendants hereby request permission to exceed the page limitations set forth in Local Rule 7(e) and the Court's standing order as applied to Defendants' combined memorandum, due today. Rule 7(e) limits memoranda of points and authorities to 45 pages; it is unclear if this page limitation applies to combined briefs as well. Good cause exists to expand the page limitations. The brief actually combines three briefs: one in support of Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment, one in opposition to Plaintiff's Motion for Summary Judgment and one in opposition to Plaintiff's Motion for Preliminary Injunction, each of which could be filed separately. The length of the brief results from the complicated nature of the statutory and regulatory scheme, the several causes of action in the Amended Complaint, and from the multiplicity of issues briefed.

Defendant therefore requests that this Motion to Exceed the Page Limitations be granted,

and that Defendant be allowed to file a Memorandum in Support of Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment, and in Opposition to Plaintiff's Motion for Summary Judgment, and in Opposition to Plaintiff's Motion for a Preliminary Injunction. Defendant's counsel has consulted with Plaintiff's counsel, who has indicated that Plaintiff does not oppose this Motion so long as the Defendants' combined pleading does not exceed sixty (60) pages. Defendant does not object to Plaintiff filing a combined Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment; Reply in Support of Plaintiff's Motion for Summary Judgment; and Reply in support of Plaintiff's Motion for Preliminary Injunction not to exceed sixty (60) pages.

Dated: June 25, 2007                           Respectfully Submitted,

                                               PETER D. KEISLER
                                               Assistant Attorney General

                                               JEFFREY A. TAYLOR
                                               United States Attorney

                                               ARTHUR R. GOLDBERG
                                               Assistant Director
                                               Federal Programs Branch


                                               /s                              
                                               AMY E. POWELL
                                               Attorney (NY Bar)
                                               U.S. Department of Justice
                                               Civil Division, Federal Programs Branch
                                               20 Massachusetts Avenue, N.W. Rm. 7322
                                               Washington, D.C. 20530
                                               Telephone: (202) 514-9836
                                               Facsimile: (202) 616-8202
                                               Email: amy.powell@usdoj.gov

                                               *Attorneys for Defendant*