**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NOVELTY, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>KAREN TANDY, in her official capacity; )<br>UNITED STATES DRUG )<br>ENFORCEMENT ADMINISTRATION; )<br>ALBERTO GONZALES, in his official )<br>capacity; UNITED STATES )<br>DEPARTMENT OF JUSTICE; and the )<br>UNITED STATES OF AMERICA, )<br><br>Defendants. ) | Civil Action No. 1:07-CV-00191 (RMU) |

<u>**NOTICE OF FILING OF ADMINISTRATIVE RECORD**</u>

By and through undersigned counsel, Defendants hereby file the Administrative Record.

Dated: June 25, 2007                    Respectfully Submitted,


PETER D. KEISLER                    s/Amy E. Powell
Assistant Attorney General              AMY E. POWELL
JEFFREY A. TAYLOR                   Attorney (NY Bar)
United States Attorney                 U.S. Department of Justice
ARTHUR R. GOLDBERG                 Civil Division, Federal Programs Branch
Assistant Director                   20 Massachusetts Avenue, N.W. Rm. 7322
Federal Programs Branch               Washington, D.C. 20530
                             Telephone: (202) 514-9836
                             Facsimile: (202) 616-8202
                             Email: amy.powell@usdoj.gov

                             *Attorneys for Defendant*

## CERTIFICATE OF AUTHENTICATION

I, Wendy H. Goggin, the undersigned, hereby certify that I am the Chief Counsel of the Drug Enforcement Administration, United States Department of Justice, 700 Army Navy Drive, Arlington, Virginia 22202, and in that capacity and pursuant to the regulations of the Department of Justice (28 C.F.R. § 0.146; 28 C.F.R. § 0.104; Appendix to Subpart R, Sec. 5), I have been delegated the authority to execute my certification to authenticate any books, records, papers or other documents as true copies of official records of the Drug Enforcement Administration.

I further certify that the attached is an authentic photocopy of an official record of the Drug Enforcement Administration of the Department of Justice, to wit, an Order to Suspend Shipment to Spirit Pharmaceuticals, LLC, DEA-486 Date September 25, 2006, DEA Control No.: 5042393, Purchase Order No.: 22773; and Denial of Letter of No Objection (LONO) to Spirit Pharmaceuticals, LLC, dated October 10, 2006, DEA Control No.: 5042393, Purchase Order No.: 22773.

Privileged documents reflecting internal agency deliberations are not part of this administrative record. *See Ad Hoc Metals Coalition v. Whitman*, 227 F. Supp. 2d 134, 142-43 (D.D.C. 2002); *AMFAC Resorts, L.L.C. v. Dep't of the Interior*, 143 F. Supp. 2d 7, 13 (D.D.C. 2001). Included at DEA 00020 is a redacted version of one such internal agency document which has also been

1

redacted pursuant to the law enforcement privilege and the deliberative process

privilege.  The portions of this memorandum that have been included reflect

factual information considered by DEA in reaching its decision that may not

otherwise be documented in the record.  DEA has also redacted registrants' tax

identification numbers from DEA documents 00017-19.

    Signed this 25nd day of June, 2007, at Arlington, Virginia.

Wendy H. Goggin
Chief Counsel
Drug Enforcement Administration

2



# OED LONO Control Sheet

**Date Received from ODEI:**   09/29/06

**Assigned to S/C:**   Darrell Meador

**Importer:**   Spirit Pharmaceuticals

**Chemical/kg:**   Ephedrine/2,000 kgs

**Control #:**   5042393

**Date Forwarded to OED S/C:**   09/29/06

**OED Due Date:**   10/17/06

**Comments:**

**LETTER OF NON OBJECTION**
**ROUTING AND TRANSMITTAL SLIP**

DATE: SEP 2 7 2006

DEA Control # 5042393

IMPORTER: Spirit Pharmaceuticals LLC

CHEMICAL: Ephedrine HCI

QUANTITY: 2,000 Kgs

[ ] LONO          [ ] THREE-OPTION          [ ] SUSPEND

|  | Initials | Date |
|---|---|---|
| 1. Harry McFadden, ODE | HM |  |
| 2. Program Analyst, OED |  |  |
| 3. Staff Coordinator- Investigation | OSu | 10/5/06 |
| 4. Staff Coordinator for Concurrence | LRO | 10/05/06 |
| 5. Secretary, OED |  |  |
| 6. Chief, OED |  |  |
| 7. Program Analyst, OED |  |  |
| 8. File |  |  |

**ACTION**

**1. ODE:** *Harry McFadden* processes the DEA 486 or MaHuang import requests, assigns DEA Control #, and then forwards a copy to OED Program Analyst.

**2. OED:** *Program Analyst* – Conducts initial OED database entry, and assigns to Staff Coordinator.

**3. OED:** *Staff Coordinator* investigates & forwards to S/C OED for concurrence with recommendation to approve/deny.

**4. OED:** Staff Coordinator forwards for preparation of letter.

**5. OED:** *Chief* signs letter and forwards package to OED secretary.
*Authorized Lono Signatures: Scott Collier, Shandra Perry.*

**6. OED:** *Secretary* makes appropriate copies for field, faxes to country authority and DEA Country Attache, and forwards original to country authorities and a copy to the appropriate DEA domestic office.

**7. OED:** *Program Analyst* finalizes data base entry for this import request.   Copy filed in OED file.

**"UNAPPROVED" IMPORT REQUESTS:**

Follow steps 1 – 3 above and then:  **OED:**  Sends letter to Importer.

**OED:** *Staff Coordinators* return the full package to *Chief, OED.*

**OED:** *Program Analyst* updates import database and files.

Remarks: PO# 22773

| FROM: | Room No.-Bldg. |
|---|---|

DEA 0002

# SPIRIT PHARMACEUTICALS, LLC.

## 225 LINCOLN HIGHWAY, Suite 179, FAIRLESS HILLS, PA 19030
### PH.# (215) 943 4000  FAX.# (215) 943 4039

---

## FACSIMILE TRANSMITTAL SHEET

---

**To:**  Harry McFadden           **Fax No.:** 202-307-4732 (7503)

        DEA                       **Tel.No.** 202-307-4761

**From:**  *ARUN HEBLE*           **Date:** 9.25-06

**Re:** Ephedrine HCl             **Pages:** 1+5=6

cc  AAA Pharmaceuticals.   -PO# 22773 for 2000 Kg.
                            -PO# 22774 for 200 Kg

( ◆ Urgent )   ( ◆ For Review )   ◆ Please Comment   ( ◆ Please Reply )   ◆ Please Recycle

Dear ~~Harry~~,

        We are faxing you the following documents to request

a LONO for the above captioned listed chemical.

1. Completed DEA Form 486

2. Purchase order from the customer: AAA Pharmaceuticals, Inc
   Contact: Mr Tej Sheth.
                    Tel: 856-423-2700 x202

3. DEA registration of the customer.

   Please call me if you have any questions.

Best regards,

                                    Sincerely,

                                    *[signature]*

                                    Arun R. Heble
                                    Cell# 215-869-2493

DEA 0003

**U.S. Department of Justice**
Drug Enforcement Administration

**IMPORT/EXPORT DECLARATION**
Precursor and Essential Chemicals

| SEE REVERSE FOR INSTRUCTIONS AND PRIVACY ACT. | OMB Approval No. 1117-0023 |
|---|---|

| 1. CHECK ONE: | | |
|---|---|---|

[✓] IMPORT DECLARATION        [ ] EXPORT DECLARATION

**U.S. CUSTOMS CERTIFICATION**

| 1a. IMPORTER/EXPORTER (Name, Address, Telephone No. to include Area Code, Telex No. and where available FAX No.) | 1b. BROKER OR FORWARDING AGENT, IF USED (Name, Address, Telephone No. to include Area Code, Telex No. and where available FAX No.) | Date of Departure/Arrival |
|---|---|---|

SPIRIT PHARMACEUTICALS, LLC.
225 LINCOLN HWY. SUITE 179
FAIRLESS HILLS, PA 19030
PH.# 215-943-4000   DEA # 006065SRX

EXPEDITORS INTERNATIONAL, INC.
870 ASHLAND AVE
FOLCROFT, PA 19032
PH.# 610-534-2590

Name of Carrier/Vessel

Date of Certification

1c. I CERTIFY THAT THE 15-DAY ADVANCE NOTICE REQUIREMENT HAS BEEN WAIVED       [ ] Check if applicable

Signature of Customs Official

**5042393**

| 2. LISTED CHEMICALS TO BE IMPORTED/EXPORTED | | | |
|---|---|---|---|
| 2a. Name and Description of Chemical appearing on label or container | 2b. Name of Chemical as designated by Title 21 C.F.R. 1310.02 | 2c. Number of containers, size, net weight of each chemical (Kg.) | 2d. Gross Weight of each Item (Kg.) |
| EPHEDRINE HCl | EPHEDRINE HCl | 25X80=2000KGS NET WT. | 27.5X80=2200KGS GROSS WT. |

P.O.# 22773
AAA PHARMACEUTICAL, INC

RECEIVED DEA
2006 SEP 25 PM 1:43

| 3a. [✓] FOREIGN  [ ] DOMESTIC PORT OF EXPORTATION (last U.S. Customs Port) AND APPROX. DEPARTURE DATE | 3b. [ ] FOREIGN  [✓] DOMESTIC PORT OF IMPORTATION (first U.S. Customs Port) AND APPROX. ARRIVAL DATE |
|---|---|
| MUMBAI, INDIA        OCTOBER 25,2006 | PHILADELPHIA, PA        OCTOBER 28,2006 |

| 4a. MODE OF TRANSPORT: NAME OF VESSEL, CARRIER | 4b. NAME OF ALL INTERMEDIATE CARRIERS |
|---|---|
| BY AIR | |

| 6a. NAME, ADDRESS, TELEPHONE, TELEX, and where available FAX NO. OF FOREIGN CONSIGNEE/CONSIGNOR | 5b. NAME, ADDRESS, TELEPHONE, TELEX, and where available FAX NO. OF ALL INTERMEDIATE CONSIGNEES |
|---|---|
| EMMELLEN BIOTECH PHARMACEUTICALS LTD. 501 SENTINEL,5th FLOOR,CENTRAL AVE.RD. HIRNANDANI GARDENS, POWAI,MUMBAI-400 076 PH.# 011-91-22-56797200 | |

DEA 0004

| SIGNATURE OF AUTHORIZED INDIVIDUAL ( Print or Type Name below Signature) | DATE | NAME OF FIRM |
|---|---|---|
| *(signature)* (ARUN R.HEBLE) | 09.25.06 | SPIRIT PHARMACEUTICALS, LLC. DEA # 006065SRX |

DEA Form — 486
(Jun 1989)

Copy 1

AAA PHARMACEUTICAL, INC
157-160 WEST JEFFERSON STREET

PAULSBORO        NJ      08066 - 0000

DOMESTIC CHEMICAL DIVERSION CONTROL REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| 001253AAW | 06-30-2007 | PAID |

| BUSINESS ACTIVITY | ISSUE DATE |
|---|---|
| CHEMICAL MANUFACTURER | 06-06-2006 |

AAA PHARMACEUTICAL, INC
157-160 WEST JEFFERSON STREET

PAULSBORO        NJ            08066-0000

Sections 304 and 1008 of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, import or export a List I chemical.

Form DEA-511 (7/05)

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.



**Ordered By:**

AAA Pharmaceutical, Inc.
157-160 West Jefferson Street
P.O. Box 22
Paulsboro, NJ 08066-0022

Phone: (856) 423-2700        Fax: (856) 423-2808

# PURCHASE ORDER

Purchase Order Number:
22773

Date Issued:
Sep 25, 2006

Page:
1

SPIR001

To:

Spirit Pharmaceuticals, LLC
225 Lincoln Highway
Suite #179
Fairless Hills, PA 19030
DEA 006065SRX
Phone: (215) 943-4000        Fax: (215) 943-4039

Ship to:

157-160 West Jefferson Street
P.O. Box 22
Paulsboro, NJ 08066-0022

| Ship Via | Account No. | Terms |
|---|---|---|
| FOB Delivered | | 1% 10, Net 30 Days |

| Item | Description | Units | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| RAW01000 | L-Ephedrine Hydrochloride, USP | Kg | 2,000.00 | 40.000 | 80,000.00 |

**FOR ALL SHIPMENTS:**        Double-Stacked Pallets Will Be Returned at Seller's Expense.

**FOR PHARMACEUTICAL
RAW MATERIALS:**        Items Shipped from Multiple Lots will be Returned at Seller's Expense; Items
Must All be from the Same Lot. A Valid Certificate of Analysis for Each Raw
Material Must Accompany Shipment.

TOTAL        $80,000.00

Authorized Signature

DEA 0006



# AAA Pharmaceutical, Inc.

157-160 West Jefferson Street • Paulsboro, New Jersey 08066
Phone: (856) 423-2700 • Fax: (856) 423-2808



| | | | |
|---|---|---|---|
| **Attn:** | Darrell Meador | **From:** | Tej Sheth |
| **To:** | DEA | **Pages:** | 4 |
| **Fax:** | 202-307-7464 | **Date:** | October 4, 2006 |
| **Phone:** | 202-307-4948 | **Re:** | PO #22773 |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

If you do not receive all pages of this transmission, please call us at (856) 423-2700.

❂ **Comments:**

DEA 0007

**AAA PHARMACEUTICAL, INC.**
Manufacturer of Generic and OTC Drugs
157−160 West Jefferson Street ▪ P.O. Box 22 ▪ Paulsboro, NJ 08066-0022
(856) 423-2700 ▪ Fax (856) 423-2808

October 4, 2006

Mr. Darrell Meador
US Department of Justice
Drug Enforcement Administration
Tel:    202-307-4948
Fax:    202-307-7464

RE:  AAA Pharmaceutical Purchase Order #22773

Dear Mr. Meador:

On September 25, 2006, AAA Pharmaceutical, Inc. (DEA #001253AAW) placed purchase order #22773 with Spirit Pharmaceuticals, LLC (DEA # 006065SRX) for 2000kg Ephedrine HCl. The raw material requested in this purchase order will be used to manufacture the following solid-dosage OTC pharmaceuticals:

>    Guaifenesin 200mg / Ephedrine HCl 25mg Tablets
>    Guaifenesin 200mg / Ephedrine HCl 12.5mg Tablets

The pharmaceuticals will be packaged in Blister Packages with 6, 12, or 24 tablets and are intended for sale to:

>    Novelty, Inc.
>    351 W. Muskegon Drive
>    Greenfield, IN  46140
>    DEA #003563NSY
>    Contact:  Mark Bledsoe
>    Tel:  (317) 462-3121

AAA Pharmaceutical and Novelty, Inc. remain committed to help stop the spread of methamphetamine.  Should you need any other information or have any questions during the review of this LONO request, please contact my customer or myself.  A copy of the outer carton packaging for the 200/25 product is attached.

Thank you for your time and consideration.

Sincerely,

Tejash Sheth
Vice President
Tel: (856) 423-2700 x202
tsheth@aaapharm.com

DEA 0008



**24 TABLETS**

DOUBLE ACTION™
Ephedrine

BRONCHODILATOR &
EXPECTORANT

KEEP AWAY FROM CHILDREN

TAMPER EVIDENT: Do not use if blister units are
torn, broken, or show any signs of tampering.

DEA 0009



### Drug Facts

**Active ingredients (in each tablet)**      **Purpose**
Ephedrine Hydrochloride 25mg........................................Bronchodilator
Guaifenesin 200mg.........................................................Expectorant

**Uses**
■ temporarily relieves shortness of breath, tightness of chest, and wheezing due to bronchial asthma
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive

**Warnings**
Do not use
■ unless a diagnosis of asthma has been made by a doctor
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product

Ask a doctor before use if you have
■ heart disease   ■ high blood pressure   ■ thyroid disease   ■ diabetes
■ difficulty in urination due to enlargement of the prostate gland   ■ ever been hospitalized for asthma
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

Ask a doctor or pharmacist before use if you are taking any prescription drug for asthma

When using this product some users may experience nervousness, tremor, sleeplessness, nausea, and loss of appetite

Stop use and ask a doctor if
■ symptoms are not relieved within 1 hour or become worse
■ nervousness, tremor, sleeplessness, nausea, and loss of appetite persist or become worse
■ cough persists for more than 1 week, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.  ▼

### Drug Facts (continued)

**Directions** ■ do not exceed recommended dose unless directed by a doctor
■ adults and children 12 years and older: 1 tablet every 4 hours, not to exceed 6 tablets in 24 hours
■ children under 12 years of age: consult a doctor  ▶

DEA 00010

October 5, 2006

Mr. Darrell Meador
US Department of Justice
Drug Enforcement Administration
Tel:    202-307-4948
Fax:    202-307-7464

**RE:  AAA Pharmaceutical Purchase Order #22773**

Dear Mr. Meador:

Tejash Sheth with AAA Pharmaceuticals asked that I send you our customer list in regard
to Scheduled Listed Chemicals. Attached is a copy of our current customer list.
If you have any questions please call.

Mark Bledsoe
Dir. Category Management
Novelty Inc.
(317) 462-3121
mbledsoe@noveltyinc.com

DEA 00011

DEA 00012

| Customer Name | Address | | City | State | Zip Code |
|---|---|---|---|---|---|
| MOUNTAIN EMPIRE OIL CO | Roadrunner Markets | PO Box 5998 | Johnson City | TN | 37602 |
| MPG CORPORATION/VOLTA | ONE ROBERTS ROAD | | PLYMOUTH | MA | 2360 |
| NEXT DOOR FOOD - IMPERIAL OIL | P.O. BOX 408 | 5115 E. PICKARD ST. | MT. PLEASANT | MI | 48804 |
| NITTANY OIL COMPANY | 321 NORTH FRONT STREET | ACCOUNTING CENTER | Phillipsburg | PA | 16866 |
| NOCO EXPRESS | PO BOX 268 | | Tonawanda | NY | 14151 |
| OASIS STOP N GO | 10175 1150 E. | | Eden | ID | 83325 |
| OPEN PANTRY FOOD MARTS | 10505 CORPORATE DRIVE | SUITE 101 | Pleasant Prairie | WI | 53158 |
| PAK A SAK | PAK A SAK C/O JAY PETROLEUM | P.O. BOX 1285 | PORTLAND | IN | 47371 |
| PEN-MART INC. | 649 MAIN RD | | Dallas | PA | 18612 |
| THE PIT STOP | PIT STOP #19 | P.O. BOX 2506 | PEACHTREE CITY | GA | 30269 |
| TOLEDO 76 - FOLK OIL - PS FOOD | 203 W. MAIN ST. | | Homer | MI | 49245 |
| PUMP N PANTRY | R.R.#7 BOX 7024 | | Montrose | PA | 18801 |
| QUICK SAV | 3476 EASTMAN DR | | Flushing | MI | 48433 |
| QUIK E FOOD STORES, INC. | WITCO INC. | 2220 LAKESIDE DRIVE | Lynchburg | VA | 24501 |
| RICE OIL | P.O. BOX 1497 | | GREENFIELD | MA | 1302 |
| RICKER'S OIL COMPANY | P.O. Box 150 | | Anderson | IN | 46016 |
| ROAD RANGER | 333 EAST STATE ST | PO BOX 4745 | ROCKFORD | IL | 61110 |
| RUTTER'S FARM STORES | 2295 SUSQUEHANNA TRAIL | SUITE C | YORK | PA | 17404 |
| SCHMUCKAL OIL COMPANY | Schmuckal Oil Company | 1516 Barlow | Traverse City | MI | 49686 |
| SENIOR OIL INC. | 865 WEST MICHIGAN AVENUE | | Battle Creek | MI | 49017 |
| SHOP QUIK INC. | P.O. BOX 158 | | Wind Gap | PA | 18091 |
| SHORT STOP FOOD MARTS | 1007 ARSENAL AVE. | | FAYETTEVILLE | NC | 28305 |
| SPEEDEE MART INC. - NEVADA | 1188 WIGWAM PARKWAY | | Henderson | NV | 89012 |
| SUNRISE CONVENIENCE STORES | 69245 BURKE DRIVE | | RICHMOND | MI | 48062 |
| SUPER QUIK INC | PO BOX 938 | | Flatwoods | KY | 41139 |
| SUPER TEST | P.O. BOX 4802 | | LAFAYETTE | IN | 47903 |
| TEXAS STAR INVESTMENTS | PO BOX 151 | | Corpus Christi | TX | 78403 |
| THE PANTRY | PANTRY-ATT: TAMMY MARTIN A/P | 1601 DOUGLAS DR | SANFORD | NC | 27330 |
| TOOT'N TOTUM INC | TOOT'N TOTUM INC | 1201 S TAYLOR | Amarillo | TX | 79101 |
| VERC ENTERPRISES | P.O. BOX 2809 | | DUXBURY | MA | 2331 |
| VILLAGE PANTRY | 9800 CROSSPOINT BLVD | | INDIANAPOLIS | IN | 46256 |
| WAYNE'S MKTS. | 2548 US 127 SOUTH | | Frankfort | KY | 40801 |
| XTRA MART | PO BOX 866 | 221 QUINEBAUG RD. | NO GROSVENORDA | CT | 6255 |

| | Customer Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 139 | ATLANTIC FRANCHISE | HIGH & BROAD STREET | BROWNSVILLE | PA | 15417 |
| 852 | BP EXPRESS | 102 S. DIXIE HWY | MULDRAUGH | KY | 40155 |
| 853 | W2 BP | 557 N. DIXIE | RADCLIFF | KY | 40160 |
| 855 | MASON OF NEW YORK INC | 575 FAIRMONT AVE. | JAMESTOWN | NY | 14701 |
| 856 | BP ROAD RUNNER | 253 N. BROADWAY | SCOTTDALE | PA | 15683 |
| 856 | BP ROAD RUNNER | 253 N. BROADWAY | SCOTTDALE | PA | 15683 |
| 1241 | CHARLIE'S COUNTRY CORNER | 5800 NELSON A. MILES PKWY | GRAYLING | MI | 49738 |
| 1456 | CEDAR FOODS | 7208 W. 132ND AVE. | CEDAR LAKE | IN | 46303 |

NOVELTY DISTRIBUTORS                                                                          PAGE 02

| Cust ID | Customer Name | Address | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| | ACORN MARKET | 190 EAST AVENUE | | WELLSBORO | PA | 16901 |
| | ALPENA OIL COMPANY | 235 WATER STREET | | Alpena | MI | 49707 |
| | ATLANTIS PETROLEUM LLC | 1101 WEST DEKALB PIKE | | | PA | 19087 |
| | BLARNEY CASTLE OIL CO. | P.O. BOX 246 | | BEAR LAKE | MI | 49614 |
| | BE MARKERS INC | 111 N. MICHIGAN AVE. | SUITE 100 | | | |
| | DAVID BROWNING OIL | PO BOX 808 | | Bradley | IL | 60915 |
| | BULLOCK OIL | PO BOX 63 | | Bowling Green | KY | 42102 |
| | CHUCKY'S CONVENIENCE | VALON ASSOCIATES | | PENDLETON | KY | 40055 |
| | CIRCLE K- EAST COAST REGION | DC-13 | 77 STERLING RD. | EAST HARTFORD | CT | 6128 |
| | CLARK OIL CO | 720 STATION ST | PO BOX 52086 | Phoenix | AZ | 85072 |
| | COGO'S | 2588 BOYCE PLAZA ROAD | | | PA | 39367 |
| | COLLET ENTERPRISES, LLC. | 101 WEST TIPTON STREET | | PITTSBURGH | PA | 15241 |
| | CSTORE MANAGEMENT | 101 CHALLENGER CRT. | | Seymour | IN | 47274 |
| | DBI dba SMOKER FRIENDLY | 389 CHESTNUT ST. | | Green Bay | WI | 54311 |
| | DURAN OIL CORPORATION | P.O. BOX 810 | | Oneonta | NY | 13820 |
| | ERICKSON OIL PRODUCTS, INC. | 1231 INDUSTRIAL STREET | | | WI | |
| | ERIE PETROLEUM | P.O. BOX 6345 | | Trinidad | CO | 81082 |
| | EXXONMOBIL CORPORATION | P.O. BOX 645 | | Hudson | WI | 54016 |
| | FAMILY EXPRESS | 1951 NORTHLAND DR. | | ERIE | PA | 16512 |
| | FAS MART/SHORE STOP | GFM INVESTMENTS LLC | 7443 LEE DAVIS ROAD STE #301 | DALLAS | TX | 75221 |
| | FLASH MARKET | 105 WEST HARRISON | | Mechanicsville | VA | 46383 |
| | FLEMING BROS. | 89/12 - 109 AVE. | | West Memphis | AR | 23111 |
| | FOLK OIL COMPANY | FOLK OIL COMPANY | | SOUTH HAVEN | MI | 72301 |
| | FREDS MINIT MART | P O BOX 90011 | 1203 W. MAIN | HOMER | MI | 49050 |
| | FRIENDLY SERVICE STATIONS | 204 SPRING HILL ROAD | | Bowling Green | KY | 42102 |
| | G & G OIL COMPANY OF INDIANA | P.O. BOX 71 | | | IN | 49224 |
| | GAS CITY | P.O. BOX 70 | | Muncie | IN | 47308 |
| | GIBBS OIL COMPANY LLP | 90 EVERETT AVENUE | | Trumbull | CT | 6611 |
| | HANDY DANDY | 1800 MAGNAVOX WAY | | FRANKFORT | IL | 60423 |
| | HERDRICH PETROLEUM CORP. | 210 EAST US HWY 52 | | Chelsea | MA | 2150 |
| | HUDSON JIFFY FOOD MART INC | P.O. BOX 2298 | P.O. BOX 157 | FORT WAYNE | IN | 46804 |
| | ISLAND FOOD STORES | 4315 PABLO OAKS COURT | | RUSHVILLE | IN | 46173 |
| | J & H OIL | 2698 CHICAGO DRIVE SOUTH WEST | | Chiefland | FL | 32626 |
| | JACOB'S PETROLEUM | 424 S WASHINGTON | SUITE 2 | Jacksonville | FL | 32224 |
| | JET FOOD STORES | 1100 SOUTH HARRIS STREET | | WYOMING | MI | 49508 |
| | JR'S COUNTRY STORES | 710 WEST 4TH STREET | | Waynesburg | PA | 15370 |
| | VALOR DBA JUMPIN JACKS | PO BOX 1914 | P.O. BOX 756 | Sandersville | GA | 31082 |
| | KORNER MART | PO BOX 771 | | Pueblo | CO | 81003 |
| | CIRCLE K MIDWEST | PO BOX 347 | | Owensboro | KY | 42302 |
| | MAGNESS OIL COMPANY | PO BOX 323 | | Albert Lea | MN | 56007 |
| | MARTIN OIL (PENNSYLVANIA) | 528 NORTH FIRST STREET | | Columbus | IN | 47202 |
| | MCDONALD OIL COMPANY | PO BOX 1409 | | Gassville | AR | 72635 |
| | MILLER OIL COMPANY INC | 1000 E. CITY HALL AVE. | | Bellwood | PA | 16617 |
| | | | | La Grange | GA | 30240 |
| | | | | Norfolk | VA | 23504 |

DEA 00013

DEA 00014

| 1719 | COUNTRY FARMS | 41 MAIN STREET | HEBRON | | CT | 6248 |
|---|---|---|---|---|---|---|
| 2268 | CONAWAY LAKE GROCERY | HWY 69 BOX7 | ALMA | | WV | 26320 |
| 4898 | MAPLE MARATHON #952 | 952 MAPLE AVENUE | Noblesville | | IN | 46060 |
| 4899 | EAST SIDE MARATHON | 9942 E 21ST ST. | INDIANAPOLIS | | IN | 46229 |
| 5231 | RAJA MART | 286 SOUTHAMPTON ROAD | WESTFIELD | | MA | 1085 |
| 7077 | STATELINE BP | 12271 E MAIN STREET | NORTH EAST | | PA | 16428 |
| 7401 | FOOD MAX | 1030 WEST STATE ROAD 42 | BRAZIL | | IN | 47834 |
| 8542 | GARRETT SHELL | 402 State Road 28 E | WILLIAMSPORT | | IN | 47993 |
| 8543 | GARRETT SHELL | 401 COUNCIL | ATTICA | | IN | 47918 |
| 10233 | HORWOOD MOBIL | 499 WASHINGTON ST. | Norwood | | MA | 2062 |
| 10799 | LARRY'S STOP N SHOP | 100 BANK STREET | GRINDSTONE | | PA | 15442 |
| 11447 | LINNEYS SUNOCO A PLUS | 1726 OAKLAND AVE. | INDIANA | | PA | 15701 |
| 11851 | MOBIL MART | 79 HIGHWAY 35 | NEPTUNE CITY | | NJ | 7753 |
| 11947 | SPEEDY MART #24 - IND721 | 10976 SOUTH PRESTON HWY. | LEBANON | | KY | 40150 |
| 12414 | MOBIL OIL | 14124 LEE HIGHWAY | CENTERVILLE | | VA | 20120 |
| 12437 | PETE'S RED OAK'S MOBIL-EXFRCH | 2083 NEW HACKENSACK RD. | POUGHKEEPSIE | | NY | 12603 |
| 13979 | PICK & PAY #2 | 615 PUTNAM PIKE | GREENVILLE | | RI | 2828 |
| 14990 | PURCELLVILLE AMOCO | 721 E. MAIN ST. | Purcellville | | VA | 20132 |
| 16074 | SERAPHIN MARKET | 601 E. 24TH ST. | ERIE | | PA | 16503 |
| 17237 | SILVER LAKE MINI MART | 615 N. JEFFERSON | Silver Lake | | IN | 46982 |
| 17464 | SOLOMON'S MINI MART | 600 HANCOCK AVE. | VANDERGRIFT | | PA | 15690 |
| 18260 | D MORRISON INC. | 7420 ST. RD. 25 NORTH | LAFAYETTE | | IN | 47905 |
| 19586 | THE MARKET PLACE | 3825 S. CRATER RD. | PETERSBURG | | VA | 23805 |
| 19921 | 115 TRUCK STOP- FOLK OIL | 14547 22 1/2 MILE ROAD | MARSHALL | | MI | 49068 |
| 19940 | TRI STATE POTOMAC INC. | 37245 Jefferson Pike | PURCELLVILLE | | VA | 20132 |
| 20374 | UNI MART-FRCH #94041 | 207 WEST FREEDOM AVENUE | Burnham | | PA | 17009 |
| 20470 | ASPAK LLC – UNI MART | 542 S. CENTER ST. | Ebensburg | | PA | 15931 |
| 20516 | UNI MART-FRCH | 555 E. PITTSBURG ST. | Greensburg | | PA | 15601 |
| 20517 | UNI MART #94624 -FRCH | 129 N. MAIN ST. | Zelienople | | PA | 16063 |
| 20519 | UNI MART | 852 FIFTH AVE. | Coraopolis | | PA | 15108 |
| 20533 | UNI MART #94663 - FRCH | 128 MAIN ST. | EVANS CITY | | PA | 16033 |
| 20541 | CHOICE # 1 | 5690 WILLIAM PENN HWY | Export | | PA | 15632 |
| 22986 | WFW HOLDINGS | 3220 N. ANTHONY BLVD | FT. WAYNE | | IN | 46805 |
| 28748 | EXXON ON THE RUN-EX FRCH | 101 BLOOMFIELD AVE. | Verona | | NJ | 7044 |
| 29017 | EXXON ON THE RUN LAKEWOOD-E | 1444 HWY 88 | Lakewood | | NJ | 8701 |
| 29505 | EXXON ON THE RUN-EX FRCH | 1824 WHITEHORSE-MERCERVILLE ROAD | MERCERVILLE | | NJ | 8619 |
| 29941 | BP OXFORD | 502 E. BENTON | Oxford | | IN | 47971 |
| 46975 | KWIK FARM #1 | 132 ROUTE 70 & HARTFORD ROAD | Medford | | NJ | 8055 |
| 47092 | QUICK STOP FOOD STORES | 2567 DARLINGTON ROAD | Beaver Falls | | PA | 15010 |
| 47211 | MARINE CITY MOBIL | 325 S PARKER ST. | Marine City | | MI | 48039 |
| 47551 | STOP 22 INC | 4180 WM PENN HWY | Murrysville | | PA | 15668 |
| 51681 | TIMES MARKET #111 | 301 EAST MAIN STREET | Robstown | | TX | 78380 |
| 51740 | SUNOCO | 115 E HIGH STREET | Ebensburg | | PA | 15931 |
| 51939 | HI TECH FUEL | 295 WEST LINE STREET | Calhoun | | GA | 30701 |

DEA 00015

| 52140 | NEWT'S TOBACCO MART | 302 US 41 | Henderson | | KY | 42420 |
|---|---|---|---|---|---|---|
| 52141 | SOUTH GREEN TOBACCO OUTLET | 405 SOUTH GREEN STREET | Henderson | | KY | 42420 |
| 52381 | COUNTRY FARM FOOD STORE | 1706 KIRKWOOD HIGHWAY | Wilmington | | DE | 19804 |
| 52464 | CRICKET EXPRESS | 1448 S. Live Oak Dr. | Moncks Corner | | SC | 29461 |
| 52871 | GAS PLUS INC / ENGINE FOOD LANE | 6155 POST ROAD | North Kingstown | | RI | 2852 |
| 53324 | DBMART | 200 PLEASENT VIEW AVE. | Smithfield | | RI | 2917 |
| 53620 | EXXON ON THE RUN-EX FRCH | 104 FERGUS RD. | La Vergne | | TN | 37086 |
| 53775 | COUNTRY FARMS DBA HARDIK INC | 2136 W NEWPORT PIKE | Wilmington | | DE | 19804 |
| 53987 | SHAWNEE AUTO WASH | 5128 MILFORD RD. | East Stroudsburg | | PA | 18301 |
| 54563 | ON THE RUN #103 -EX FRCH | 1550 FRANKLIN HWY | Lewisburg | | TN | 37091 |
| 54652 | CHARLIES MARKET #5 | 3718 VIRGINIA AVE | Collinsville | | VA | 24078 |
| 54974 | COLLETT FAMILY MARKET #204 | 604 EAST HACKBERRY STEREET | SALEM | | IN | 47167 |
| 54975 | COLLETT FAMILY MARKET #179 | 201 NORTH GOSPEL STREET | PAOLI | | IN | 47454 |
| 54982 | SANDS MART | 82 FRANKLIN STREET | Westfield | | MA | 1085 |
| 54986 | OMAR QUICK STOP | PO BOX 1584 | Logan | | WV | 25601 |
| 55482 | TRAGDONS SUPER SERVICE | PO BOX 118 | Kistler | | WV | 25628 |
| 55544 | PANTRY QUIK | 2127 WASHBURN ST | Scranton | | PA | 18504 |
| 55808 | SAM'S FOOD STORE | 885 POST RD | Warwick | | RI | 2888 |
| 55871 | SANTINI FAMILY INC - EX FRCH | 316 LOWELL ST | Wilmington | | MA | 1887 |
| 55894 | EXIT 18 SHELL | 6321 STEWETTANIA RD | Fairview | | PA | 16415 |
| 55895 | LAKEWOOD SHELL | 3760 W 12TH ST | Erie | | PA | 16505 |
| 55897 | KWIK FARMS | 1301 WOOD LANE RD | East Hampton | | NJ | 8080 |
| 55898 | MOBIL MART | 1110 RT 73 SOUTH | Mount Laurel | | NJ | 8054 |
| 55923 | EXXON ON THE RUN #102- EX FRCH | 2464 NEW SALEM HWY | MURFREESBORO | | TN | 27128 |
| 55963 | SAND LANE LIQUORS #523 | 1209 SOUTH GREEN STREET | Henderson | | KY | 42420 |
| 55975 | KPS FOOD MART | 1541 WEST THOMPSON RD | Indianapolis | | IN | 46217 |
| 56067 | 7 ELEVEN | 1 Fosterville Rd. | Greensburg | | PA | 15601 |
| 56092 | CENTURY ROAD SERVICE STATION | 100 RT 17 NORTH | Paramus | | NJ | 7652 |
| 56093 | WARRENVILLE SERVICE - EX FRCH | 258 RT 22 WEST | Dunellen | | NJ | 8812 |
| 56108 | GUROKIRPA INC | 6143 ROUTE 6N | West Springfield | | PA | 16443 |
| 56108 | GUROKIRPA INC | 6143 ROUTE 6N | West Springfield | | PA | 16443 |
| 56145 | KB MART LLC | 89 STAFFORD AVE | Bristol | | CT | 6010 |
| 56158 | PUFFS N PICS | 802 W 15TH ST. | Hazleton | | PA | 18201 |
| 56188 | JOE'S CHOICE | 544 STATE RD. | Sugarloaf | | PA | 18249 |
| 56314 | SWEET SPRINGS COUNTRY STORE | 34357 CHARLESTOWN PIKE | PURCELLEVILLE | | VA | 20132 |
| 56521 | CHOICE CIGGARETTE OUTLET | 1327 N. MOUNTAIN RD. | Harrisburg | | PA | 17112 |
| 56567 | ON THE RUN # 107 | 1569 W. BROAD ST. | Cookeville | | TN | 38501 |
| 56607 | E & E EXXON- EX FRCH | 842 ROUTE 17 NORTH | Ramsey | | NJ | 7446 |
| 56994 | REYES SUNOCO | 3278 BOBCOCU BLVD | Pittsburgh | | PA | 15237 |
| 63292 | EXXON ON THE RUN #108- EX FRCH | 1040 SOUTH JEFFERSON STREET | Cookeville | | TN | 38501 |
| 63386 | EXXON ON THE RUN #109- EX FRCH | 100 LAFAYETTE ROAD | Chickamauga | | GA | 30707 |
| 63437 | ON THE RUN #80840 | 2428 MAIN STREET | Northampton | | PA | 18067 |
| 63453 | SPANIALS EXXON SHOPPE #81236 | 1419 WEST MAIN STREET | Lansdale | | PA | 19446 |
| 63454 | HARLEYSVILLE EXXON SHOPPE #81 | 590 MAIN STREET | Harleysville | | PA | 19438 |

DEA 00016

| | | | | | | |
|---|---|---|---|---|---|---|
| 63456 | CARRY ON #1- GRANT FOOD MART | 11311 HUEBNER ROAD | San Antonio | | TX | 78230 |
| 63546 | KELLY MART #2 | 25 NEW HAVEN AVENUE | Derby | | CT | 6418 |
| 63593 | EXXON ON THE RUN - EX FRCH | 3504 HIXSON PIKE | Chattanooga | | TN | 37415 |
| 63600 | B D MART | 2701 BOSTON ROAD | Wilbraham | | MA | 1095 |
| 63611 | TIMES MARKET #35 | 3518 UP RIVER ROAD | Corpus Christi | | TX | 78408 |
| 63739 | EXXON ON THE RUN #82796 FRCH | 3725 JENKINS ROAD | Chattanooga | | TN | 37421 |
| 63758 | EXXON ON THE RUN - SMZ ENTERP | 1835 SOUTH MAIN STREET | Weatherford | | TX | 76086 |
| 63774 | 63774 WAYNES MARKET #1 | 2548 US 127 SOUTH | Frankfort | | KY | 40601 |
| 63775 | WAYNES MARKET #2 | 74 C MICHAEL DAVENPORT | Frankfort | | KY | 40601 |
| 63794 | MARKET PLACE TEXACO | 9213 OAKRIDGE HIGHWAY | Oak Ridge | | TN | 37830 |
| 64011 | TANGLEWOOD LIBERTY | 2759 ROBERT'S AVE | LUMBERTON | | NC | 28358 |

Master/History Information                                                                                    Page 1 o

Record Status | Master Information | History Information | Drug Codes

Master Information for DEA No: **006065SRX**
**STATUS: Active**

| | | |
|---|---|---|
| **Expiration Date:** 02/29/2008 | **Last Renewal Date:** 01/16/2007 | **Cert. Issue Date:** 01/16/2007 |
| **Office Name:** PHILADELPHIA | **Registration Date:** 11/08/2004 | **Date of Record:** 07/20/2004 |
| **Web Tracking ID:** 638951 | **Search Point:** | **Prepared By:** KALPESH K.PATEL |
| | | **Carfentanil:** No |

Section 1 & 2

**Business Activity:** CHEMICAL IMPORTER
**Business Name:** SPIRIT PHARMACEUTICALS LLC

| | |
|---|---|
| **Additional Co. Info:** | **Additional Co. Info:** |
| **Registered Address:** 225 LINCOLN HIGHWAY SUITE 179 FAIRLESS HILLS, PA  19030 | **Mail-to Address:** 225 LINCOLN HIGHWAY SUITE 179 FAIRLESS HILLS, PA  19030 |
| **Phone:** (215) 943-4000 | **Fax:** (215) 943-4039 |
| **SSN:** | **Tax ID:** ████████ |
| **Email:** | |
| **Degree:** CHE | |

Section 3 & 4

| | | |
|---|---|---|
| **License Issuing State:** | **State License No.:** 3000007535 | **License Exp Date:** |
| | **State CS No.:** | **State CS Exp Date:** |

Drug Schedules:      1   2   2N   3   3N   4   5   L1
                     ☑   ☑   ☑    ☑   ☑    ☑   ☑   ☑
Restricted/Limited:  ☐   ☐   ☐    ☐   ☐    ☐   ☐

Section 5

**Liability Questions:**   1 ☑   2 ☑   3 ☑   4 ☑

Section 6 & 7

**Payment Type:** AMERICAN EXPRESS    **Payment Amount:** 1147    **Payment Status:** PAID

DEA 00017

Record Status | Master Information | History Information | Drug Codes | Images

Master Information for DEA No: **001253AAW**
**STATUS: Renewal Pending**

| | | |
|---|---|---|
| **Renewal Rec'd Date:** 05/04/2007 | | |
| **Expiration Date:** 06/30/2007 | **Last Renewal Date:** 06/06/2006 | **Cert. Issue Date:** 06/07/2006 |
| **Office Name:** CAMDEN | **Registration Date:** 12/02/1996 | **Date of Record:** 04/16/1996 |
| **Web Tracking ID:** 755818 | **Search Point:** | **Prepared By:** TEJASH SHETH |
| | | **Carfentanil:** No |

Section 1 & 2

**Business Activity:** CHEMICAL MANUFACTURER

| | |
|---|---|
| **Last Name:** AAA PHARMACEUTICAL | **First Name:** INC |
| **Additional Co. Info:** | **Additional Co. Info:** |
| **Registered Address:** 157-160 WEST JEFFERSON STREET PAULSBORO, NJ 08066 | **Mail-to Address:** 157-160 WEST JEFFERSON STREET PO BOX 22 PAULSBORO, NJ 08066 |
| **Phone:** (856) 423-2700 | **Fax:** (856) 423-2808 |
| **SSN:** | **Tax ID:** ██████ |
| **Email:** | |
| **Degree:** CHE | |

Section 3 & 4

| | | |
|---|---|---|
| **License Issuing State:** NJ | **State License No.:** NJ 5001863 | **License Exp Date:** 01/31/2008 |
| | **State CS No.:** | **State CS Exp Date:** |

| Drug Schedules: | 1 | 2 | 2N | 3 | 3N | 4 | 5 | L1 |
|---|---|---|---|---|---|---|---|---|
| | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ |
| Restricted/Limited: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

Section 5

**Liability Questions:** 1 ☒  2 ☒  3 ☒  4 ☒

Section 6 & 7

| | | |
|---|---|---|
| **Payment Type:** AMERICAN EXPRESS | **Payment Amount:** 2293 | **Payment Status:** PAID |

DEA 00018

Record Status | Master Information | History Information | Drug Codes | Images

Master Information for DEA No: **003563NSY**
**STATUS: Active**

| | | |
|---|---|---|
| **Expiration Date:** 10/31/2007 | **Last Renewal Date:** 09/20/2006 | **Cert. Issue Date:** 09/20/2006 |
| **Office Name:** INDIANAPOLIS | **Registration Date:** 08/14/1998 | **Date of Record:** 10/17/1996 |
| **Web Tracking ID:** 506906 | **Search Point:** | **Prepared By:** DIANA WOODWORTH, ACCTG MGR |
| | | Carfentanil: No |

Section 1 & 2

**Business Activity:** CHEMICAL DISTRIBUTOR

**Business Name:** NOVELTY DISTRIBUTORS

Additional Co. Info:                         Additional Co. Info:

**Registered Address:** DBA GREENFIELD LABS 351 W. MUSKEGON DRIVE GREENFIELD, IN  46140

**Mail-to Address:** DBA GREENFIELD LABS 351 W. MUSKEGON DRIVE GREENFIELD, IN  46140

**Phone:** (317) 462-3121                    **Fax:** (317) 462-3749

**SSN:**                                     **Tax ID:** ██████

**Email:**

**Degree:** CHE

Section 3 & 4

**License Issuing State:**          **State License No.:** IN-48000673A          **License Exp Date:**

                                    **State CS No.:**                          **State CS Exp Date:**

| Drug Schedules: | 1 | 2 | 2N | 3 | 3N | 4 | 5 | L1 |
|---|---|---|---|---|---|---|---|---|
| **Restricted/Limited:** | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ☑ |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

Section 5

**Liability Questions:** 1 ▨   2 ▨   3 ▨   4 ▨

Section 6 & 7

DEA 00019

**Payment Type:** AMERICAN EXPRESS          **Payment Amount:** 477          **Payment Status:** PAID

## OED
## WORKSHEET FOR LETTER OF NON-OBJECTION (LONO)

IMPORTER NAME: _SPIRIT PHARM_

_5042393_
486 # (assigned by ODE)

CHEMICAL & AMOUNT: _2000 Kgs EPHEDRINE_

### _IMPORTER IDENTIFICATION_

NADDIS: _____          Verified _____

CSA REGISTRATION # _____    Verified _____

CHEMS: _____          Verified _____

Does Import Declaration (DEA-486) give required 15 day notice?   YES        NO

_AAA Pharm_
Customer name, chems# & Reg#                Customer name , chems# & Reg#            Customer name, chems# & Reg#

YES    NO                                          YES    NO

YES    NO                          YES    NO

YES    NO

_AAA mfrs for NOVELTY & DoE Pharmaceuticals_

_Labels Received_
_for sale to gray mkt venue in states where phey only laws apply_

APPROVE / DENY issuance of LONO        _Signature of S/C_    _10/5/06_
                                        Signature of S/C        Date

CONCURRENCE by : _Jim Barnhill_        DATE: _10/05/04_

3 OPTION  LETTER SENT TO IMPORTER: _____    Initial of S/C _____ Date

SUSPENSION ORDER SENT TO IMPORTER: _____    Initial of S/C _____ Date

ADDITIONAL INFORMATION:

DEA 00020

Srp 09/23/2004



**U. S. Department of Justice**

Drug Enforcement Administration

---

*www.dea.gov*                     Washington, D.C. 20537

Mr. Arun R. Heble
Spirit Pharmaceuticals, LLC                     OCT 1 0 2006
225 Lincoln Hwy, Suite 179
Fairless Hills, PA 19030

Dear Mr. Heble:

Reference is made to your request for the Drug Enforcement Administration (DEA) to issue a Letter of No-Objection (LONO) to the competent authority in the country of export for the following proposed importations:

| | |
|---|---|
| Date of DEA-486 | September 25, 2006 |
| Listed Chemical | Ephedrine  2000 Kg |
| Date of proposed importation | October 28, 2006 |
| DEA Control # | 5042393 |
| PO # | 22773 |

| | |
|---|---|
| Date of DEA-486 | September 25, 2006 |
| Listed Chemical | Ephedrine  200 Kg |
| Date of proposed importation | October 28, 2006 |
| DEA Control # | 5042394 |
| PO # | 22774 |

This letter is written confirmation that it is DEA's intent not to issue a LONO in the referenced importation matter. DEA has thoroughly reviewed the proposed utilization of the planned Listed Chemical importation. DEA has grounds to believe that the proposed importation may be subject to diversion to the illicit market by the downstream distribution system and, as such is declining to sign a LONO for this importation.

There are three options available to you as the registered importer:

1.  withdraw the request for a LONO and cancel the Import Declaration (DEA Form 486) by FAXING the request to OED at (202)307-7464;

2.  take no action, and 30 days from the date of this notice DEA will deem your lack of further contact as a request to withdraw the Import Declaration and LONO request;

3.  indicate in writing, within the 30 days, your desire to pursue the importation further.

If you desire to pursue the importation further, DEA will order the suspension of the shipment pursuant to Title 21, United States Code, Section 971 (c)(1). DEA will send you a notice of the suspension. The notice of suspension will list the legal and factual basis supporting the suspension. Upon ordering the suspension of shipment, in accordance with Title 21, United States Code, Section 971 (c)(2), an administrative hearing will be held as long as you request the hearing, in writing within 30 days from the day you are served with the notice of suspension. If you request a hearing, it will be held not later that 45 days after your request is made, unless you specifically request the hearing be held at a later time.

If you have any questions, please feel free to contact Staff Coordinator Darrell Meador, Office of Enforcement Operations, Dangerous Drugs and Chemicals Section, at (202) 307-4948.

Sincerely,


Alan G. Santos, Chief
Office of Enforcement Operations
Dangerous Drugs and Chemicals Section


cc: DEA Philadelphia Division
    Attn: DPM Ann Carter

OED: A. Santos
OED:D. Meador _____ 7-4948
S:DOD\3 Option Letters\Spirit 5042393and5042394
DFN: 601-04.5

DEA 00023

## ROUTING AND TRANSMITTAL SLIP

**Date** 11/15/2006

| TO: (Name, office symbol, room number, building, Agency/Post) | Initials | Date |
|---|---|---|
| 1. DI MEADOR | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | | |
|---|---|---|
| Action | File | Note and Return |
| Approval | For Clearance | Per Conversation |
| As Requested | For Correction | Prepare Reply |
| Circulate | For Your Information ✓ | ☒ See Me |
| Comment | Investigate | Signature |
| Coordination | Justify | |

**REMARKS**

DARRELL -- SEE ME /RE: THE
ATTACHED

THANKS
AC [signature]

**DO NOT use this form as a RECORD of approvals, concurrences, disposals, clearances, and similar actions**

| FROM: (Name, org. symbol, Agency/Post) | Room No.—Bldg. |
|---|---|
| | Phone No. |

5041-103

OPTIONAL   FORM   41   (Rev.   1-94)
Prescribed by GSA

DEA 00024

**& Associates, P.C.**

1800 Alexander Bell Drive, Suite 200
Reston, VA 20191
1050 Seventeenth Street, N.W., Suite 600
Washington, DC 20036
202.466.6937 • Fax 202.466.6938
www.emord.com

November 2, 2006

**VIA UPS**
Alan G. Santos
Office of Enforcement Operations, Dangerous Drugs and Chemicals Section
Drug Enforcement Administration
U.S. Department of Justice
950 Pennsylvania Ave.
Washington, D.C. 20530-0001

Linden Barber
Office of the Chief Counsel
Drug Enforcement Administration
2401 Jefferson Davis Highway
Alexandria, VA 22301

*Re: PO # 2273 and PO # 22774*

Dear Mr. Santos and Mr. Barber:

Our client, Novelty Inc. ("Novelty") intends to pursue the following importations:

| | |
|---|---|
| Date of DEA-486 | September 25, 2006 |
| Listed Chemical | Ephedrine 2000 Kg |
| Date of proposed importation | October 28, 2006 |
| DEA Control # | 5042393 |
| PO # | 22773 |

| | |
|---|---|
| Date of DEA-486 | September 25, 2006 |
| Listed Chemical | Ephedrine 200 Kg |
| Date of proposed importation | October 28, 2006 |
| DEA Control # | 5042393 |
| PO # | 22774 |

In an October 10, 2006 letter to Spirit Pharmaceuticals, LLC ("Spirit"), DEA stated that "it is [the agency]'s intent not to issue a LONO" in the above importations. Novelty is an eventual purchaser for the above importations and a party adversely affected and aggrieved by the LONO rejection. Pursuant to option three in the October 10, 2006 letter, Novelty is providing notice of its intent to pursue importation.

DEA 00025

We ask that DEA proceed quickly in issuing a suspension notice for the above importations. The importation refusals are causing Novelty to suffer substantial economic damages.

Sincerely,

Jonathan W. Emord
Andrea G. Ferrenz
Katie Bond

DEA 00026

OED: A. Santos
OED:D. Meador _____ 7-4948
S:DOD\3 Option Letters\Spirit 2Option
DFN: 601-04.5

DEA 00027



**U. S. Department of Justice**
Drug Enforcement Administration

*www.dea.gov*                    Washington, D.C.  20537

Mr. Arun R. Heble
Spirit Pharmaceuticals, LLC
225 Lincoln Hwy, Suite 179          APR 1 0 2007
Fairless Hills, PA 19030

Dear Mr. Heble:

Reference is made to your request for the Drug Enforcement Administration (DEA) to issue a Letter of No-Objection (LONO) to the competent authority in the country of export for the following proposed importations:

| | |
|---|---|
| Date of DEA-486 | September 25, 2006 |
| Listed Chemical | Ephedrine 2000 Kg |
| Date of proposed importation | October 28, 2006 |
| DEA Control # | 5042393 |
| PO # | 22773 |

| | |
|---|---|
| Date of DEA-486 | September 25, 2006 |
| Listed Chemical | Ephedrine 200 Kg |
| Date of proposed importation | October 28, 2006 |
| DEA Control # | 5042394 |
| PO # | 22774 |

This letter is written confirmation that it is DEA's intent not to issue a LONO in the referenced importation matter.  DEA has thoroughly reviewed the proposed utilization of the planned Listed Chemical importation.  DEA has grounds to believe that the proposed importation may be subject to diversion to the illicit market by the downstream distribution systems and, as such is declining to sign a LONO for this importation.  We previously contacted you by letter dated October 10, 2006. At that time, you were informed that in order to pursue the requested importation, you would have to contact the agency.  Because we received no correspondence within the required 30 days, we have considered your request to be withdrawn.  At this time, however, we are re-contacting you to make certain that your intent is that you do not wish to pursue the import requests.  There are now two options available to you as the registered importer:

1.  Within five (5) days of receiving this notice, affirmatively withdraw the request for a LONO and cancel the planned importation by notifying DEA in writing of your intent to cancel the proposed importation.  Send the letter via facsimile to OED at 202-307-7464;

2.  Indicate in writing, within five (5) days from the date of this notice, your desire to pursue the

DEA 00028

importation further. If you elect this option or fail to respond to this notice within five (5) days, DEA will order the suspension of the shipment pursuant to Title 21, United States Code, Section 971 (c)(1).

In the event DEA orders the suspension of the shipment, DEA will send you a notice of the suspension. The notice of the suspension will list the legal and factual basis supporting the suspension. Upon ordering the suspension of shipment, in accordance with Title 21, United States Code, Section 971 (c)(2), an administration hearing will be held as long as you request the hearing, in writing within 30 days from the day you are served with the notice of suspension. If you request a hearing, it will be held not later than 45 days after your request is made, unless you specifically request the hearing be held at a later time.

If you have any questions, please feel free to contact Staff Coordinator Darrell Meador, Office of Enforcement Operations, Dangerous Drugs and Chemicals Section, at (202) 307-4948.

Sincerely,

Alan G. Santos, Chief
Office of Enforcement Operations
Dangerous Drugs and Chemicals Section

cc:    DEA Philadephia Divison
Attn:  Acting DPM Kurt Dittmer

DEA 00029

# NOVELTY, INC.
## POLICY / PROCEDURES
## LIST 1 PRODUCTS

This Policy lists the duties and responsibilities for all Novelty, Inc. ("Novelty") associates when handling products containing Ephedrine and Pseudoephedrine ("List 1 Products") as defined by the U.S. Drug Enforcement Agency ("DEA"). This Policy's purpose is to ensure that Novelty safely distributes List 1 Products with safeguards in place to avoid, detect and report possible diversion.

ALL ASSOCIATES WHO HANDLE OR HAVE ACCESS TO LIST I PRODUCTS SHALL READ AND SIGN THIS DOCUMENT ACKNOWLEDGING HE/SHE UNDERSTANDS IT AND WILL ADHERE TO THIS POLICY.

|  | Responsible Employee |
|---|---|
| **1.  Purchasing** |  |
| **Compliance Officer** |  |
| The Buying Department will assign the Compliance Officer ("CO") to enforce this List 1 Products Policy. The CO shall not have access to change inventory transactions. | JR Merlau |
| The CO shall monitor and report any sales, transactions, or inventory inconsistencies resulting from possible diversion to senior management. To avoid any conflicts of interest, the CO shall not report to management over Sales, Warehouse, or Inventory Control. | JR Merlau |
| The CO, with the General Counsel, shall update and publish State legal restrictions as necessary. This information shall be communicated to the Sales and Delivery Team through memos or other publications (such as the Novelty News or the Order Guide). | JR Merlau J. Hamilton |
| The CO shall review all inventory adjustments of List 1 Product made by Route Sales Professionals ("RSP"), Warehouse or Inventory Control personnel. If a deviation is noted and not resolved, and diversion is suspected, it shall be reported to the General Counsel. The General Counsel shall report all thefts and suspicious sales to the required governmental agencies. | JR Merlau J. Hamilton |
| The CO shall monitor other reports concerning List 1 Product sold in certain states, the threshold amounts to be sold and the actual sales. If a retail outlet purchases unusual quantities or quantities approaching threshold amounts, the CO will contact the outlet's and/ or chain's management and inform them of the unusual sales activity and send the store/chain literature regarding unlawful diversion. In addition, the store will be placed on a "Watch List" and monitored over the following 4 week period to identify any further unusual sales activity. If further unusual activity is noted, Novelty will discontinue sales of all or part of the List 1 Products sold to the store. If diversion is suspected, it shall be investigated and, if not resolved, it shall reported to the General Counsel and the required agencies. | JR Merlau J. Hamilton |

DEA 00030

### Buyer

| | |
|---|---|
| The Buyer shall obtain permits and licenses required to sell List 1 Products. This includes documents required by the DEA, FDA and State Board of Pharmacies. The Buyer shall keep copies of licenses on file with originals maintained by the General Counsel. | M. Bledsoe<br>J. Hamilton |
| The Buyer shall purchase List 1 Products ONLY from suppliers licensed by the DEA and FDA (distributors and/or manufacturers). These purchases will be made using Novelty's Purchase Order System. | M. Bledsoe |
| The Buyer will monitor inventories and reorder through the Purchase Order System. | M. Bledsoe |
| All Purchase Orders of List 1 Products must contain the DEA number of both the supplier and Novelty. The Buyer will confirm the supplier's DEA Number matches suppliers' documents. The Buyer will complete Purchase Orders, but shall not process inventory transactions. | M. Bledsoe |

### 2. Security

| | |
|---|---|
| All warehouse management & hourly warehouse associates (including outsourced human resources) having access to List 1 Product, must have employee ID badges indicating their position (i.e. job function ) and security level (i.e. OTC authorized). | T. Kennard |
| All Novelty personnel as well as outsourced warehouse human resources and contract drivers will undergo criminal background checks and drug testing prior to employment /service by/to Novelty. | D. Freeman |
| The caged OTC area (i.e. the List 1 Product Pick Area) is incased in a floor to ceiling chain link fence with 2 personnel gates to control entry / exit. | T. Kennard |
| Novelty maintains an ADT Focus® fire & security system which monitors all exterior and most interior doors. This system also employs motion detectors throughout the facility. This system records the time and location of any compromised access or movement during non-working hours. | T. Kennard |

### 3. Receiving and "Put Away"

| | |
|---|---|
| When List 1 Product arrives at the Warehouse, the Receiver must check the Bill of Lading ("BOL") and Packing List. The information MUST match Novelty's Purchase Order. The Receiver must also insure that all documentation (e.g. Packing Lists, Purchase Orders, Bills of Lading) contains both Novelty's and the supplier's DEA number. If not, the shipment must be REJECTED. | B. Cheney |

Should a shipment be rejected due to a concealed shortage of a List 1 Product, the
following information is documented and forwarded to the CO, Buyer and
General Counsel.                                                                    B. Cheney

1) Name of Manufacture
2) Item number and description
3) Name of Carrier
4) Condition of shrink wrap at time of delivery for pallet/box with shortage.
5) PO #
6) Lot #
7) ALL markings on the box that is short
8) Photographs of all sides of box that is short
9) Condition of the box that was short....was it damaged?.....was the tape
   removed or ripped?....etc.
10) Condition and arrangement of product inside box that is short
11) Photographs of inside of box that is short. (Showing missing bottles/displays)
12) How did we detect the shortage?
13) When we detected the shortage did we check any other cases for shortage?

The Packing Slip must be date-stamp when the product is received, noted with any            B. Cheney
discrepancies from the Vendor's paperwork, and signed by the Novelty Receiving
Supervisor.

If the product is accepted, it is to immediately moved to the caged OTC area for            B. Cheney
sort down and labeling. Product is placed on a skid according to its Lot Number
and prepared for "put away". The following is REQUIRED to be applied to each
pallet List 1 Products:

a. BARCODED LICENSED PLATE that contains Lot Number, Item Number
   and Case Pack
b. GREEN LABEL with the Item number and the Lot Number
c. The expiration date of the product.

The product is received by recording the appropriate information in the Novelty            B. Chaney
System. A tag is placed on the skid, and the skid is put away in the caged OTC
area where it is only accessible by authorized personnel identifiable by their OTC
badges. List 1 Product should not be stored near hazardous materials.

List 1 Product will be CYCLE COUNTED on a regular basis (not less than quarterly).        T. Troxell
Any inventory deviations shall be reported to the Compliance Officer. If the              M. Bledsoe
deviation is not resolved, and diversion is suspected, it shall be reported to the        J. Hamilton
General Counsel and the required agencies.

DEA 00032

## 4. Filling Orders

The Order Selector picks the appropriate amount of full-case product, and applies a    C. Masters
shipping label. The Order Selector then records in the Lot Track Book the
amount of product, lot number and route number to which the product is being shipped.
Lastly, the Order Selector applies a bright yellow label on the top crease of every full
case stating:

"ATT: ROUTE SALES PROFESSIONAL
LOAD THIS PRODUCT IN YOUR ROUTE TRUCK IMMEDIATELY"

When pulling partial case List 1 Product, the lot-tracked items are place inside a    C. Masters
green tote.

The Order Fulfillment Auditor is notified and, within the lot-tracked designated area    C. Masters
will audit the picks double-checking the appropriate amount of product and verifying
the information in the Lot Track Book. For partial case orders, the Auditor will seal
the green tote on both ends with green zip ties (RSP or Semi Drivers will not have
access to green zip ties) and apply a bright yellow label on the top of the tote stating:

"ATT: ROUTE SALES PROFESSIONAL
LOAD THIS PRODUCT IN YOUR ROUTE TRUCK IMMEDIATELY"

The Order Selector then notifies the palletizer to move the product from the    C. Masters
caged storage area to the shipping dock where it will be loaded on the lowest level
(i.e. first layer) of the correct pallet for the designated route.

The shipping auditor MUST check to be sure all List 1 cases and totes are properly    S Robling
sealed and put on the correct pallet, in the correct position, with the correct route
number, before the product shipped.

At the end of each day, every partial case in the lot-tracked area is sealed.    C. Masters

At the end of each week, the information in the Lot Track Book is reported to    C. Masters
Inventory Control.

## 5. Route Sales Force

As part of the weekly load receipt process, the Route Sales Professional ("RSP") will    RSP
notify his/her Regional Sales Manager in the event of any shortage/overage of List 1
Product(s) or in the event of receipt of a List 1 tote with broken seals. If diversion is
suspected, it shall be investigated and, if not resolved, it shall reported to the General
Counsel and the required agencies.

The RSP shall IMMEDIATELY place all List 1 Product in the route truck.    RSP

DEA 00033

All Route Trucks must be secured and locked when not in use.                                    RSP

All sales of List 1 Products MUST be to an established retail customer of Novelty.               RSP

An invoice reflecting every List 1 Product sale MUST be created in Novelty's system,            RSP
and shall record the business name, address, item(s) and quantity of each List 1 Product
sold.  NO SALES of List 1 Product shall be made to individuals or accounts not on record
at Novelty's office.

RSP MUST ensure that List 1 Products are not sold in states that prohibit the sales of          RSP
these items.  All Route Sales Representative have reviewed and signed a memo explaining
what product can be sold in each state. All new employees sign this memo and receive state
specific training as part of their orientation.

RSP must inform his Regional Sales Manager of any List 1 Product that may have                  RSP
inadvertently been sold in a State that prohibits the sale of that item and be certain that
any prohibited transactions are quickly reversed (i.e. product retrieved).  Such reversal
shall be documented.

RSP CANNOT sell more than 1 case of any List 1 Product to any retail customer outlet.           RSP

RSP who sells List 1 Products outside of the requirements of this policy will receive           RSP
one written warning. Thereafter, any illegal sale(s) will result in termination.

## 6.  Return of Product from the Route Sales Force back to the Warehouse

Credited List 1 Product that is **not** damaged or out of date **must** be rolled to other stores.   RSP
Damaged, out of date, and/or over shipped List 1 Products that can not be sold; should be
returned to the warehouse in accordance with the policy below. **List 1 Product returns
are subject to the procedures below and NOT the Green or White Tag Return
procedures above.**

The Route Sales Professional (RSP) must place the List 1 Product to be returned in a tote       RSP
secured in his/her truck. Organizing this product by item will assist you in accumulating
the information needed to request the Return Authorization Package (see below).  When
the tote is full, the RSP will call Route Support ("RS") and request a Return Authorization
Package for each tote of List 1 Product providing RS with the information below.

The RSP will provide, and Route Support will list: 1) Return Authorization Number,             RSP
2) Route #, 3) Item # (s), 4) Quantity, and 5) Reason for Return on a shared worksheet for
each tote of List 1 Product being returned.  The section of the shared worksheet related to
the return being processed will be printed as a Packing List and forwarded along with an
orange label/sticker and 2 red pull ties to the RSP in the next route bag. .  Here is an
example of a List 1 Return Authorization Form as the RSP would receive it from the
Support Center:



**Novelty Inc.**
351 Muskegon Drive
Greenfield, IN 46140
(317) 462-3121

**List 1 Return Authorization Shipping Form**

Thank you for the notification of returned List 1 chemicals.  Please use this form as a packing slip to be returned with the product
to the Novelty Distribution Center in Greenfield, IN.  Below are the details for the product authorized to be returned:

|  |  | A | B |  |  |  |
|---|---|---|---|---|---|---|
| When making inquiries regarding your return, please use this Return Authorization Number: |  | 143050630234 | 143050630235 |  |  |  |

|  | Route # | Item # | Qty | Description | Lot # | Route Professional | Reason |
|---|---|---|---|---|---|---|---|
| A | 143 | 17840 | 144 | DA Ephedrine | 4M004 | Bob Parker | Illegal |
| B | 143 | 17840 | 101 | DA Ephedrine | 4C014 | Bob Parker | Illegal |

|  |  |
|---|---|
| 245 | Total Units Returned |

Please Sign and Date the Appropriate Box

| Issued By | Issue Date | Route Professional | Date Shipped | Received By | Date Received |
|---|---|---|---|---|---|
| Amelia Wine | 07/01/05 |  |  |  |  |

After completing the call with Route Support, the RSP will temporarily seal the tote with        RSP
packing tape and continue to store the tote in his/her truck until the receipt of the List 1
Product Return Packing List, orange label and red pull ties referred to above.  Here is an
example of the List 1 Orange Label:



Upon receipt of the List 1 Product Return Packing List, orange label and red pull ties,        RSP
the RSP will:

1. Locate the tote containing the List 1 Product listed on the Packing List.
2. Verify the accuracy of the Packing List against the product being returned
   – if the   Packing List is not correct, contact Route Support for a corrected
   Packing List.
3. Place the unaltered, Packing List in the tote on top of the product.
4. Close the tote and apply the orange label over the top, center seal.
5. Seal the tote using the 2 red pull ties, sealing both sides of the tote.

DEA 00035

The sealed tote is then returned to the warehouse along with the route's other liquidation inventory. Here is an example of a correctly sealed tote:    RSP



All List 1 Product to be returned / liquidated must remain in the RSP's Hand Held inventory until you have received the List 1 Product Return Packing List, orange label and red pull ties. When removing damaged, outdated or discontinued List 1 Product from an account, roll these items into your inventory. Once you have received the List 1 Product Return Packing List, orange label and red pull ties; transfer the List 1 Product out to route 999 "White Tag Liquidation" during the unload process and place the receipt in the tote. Send a copy of the receipt in your mail bag and retain a copy for your records.    RSP

The Transport Driver will verify that all totes containing List 1 Product are properly sealed on both sides with red pull ties. In the event the Transport Driver finds a tote containing List 1 Product that is not properly sealed, the Transport Driver will not take the return merchandise. When the Transport Driver notifies the RSP that his/her weekly delivery has been completed, he will also inform him/her that the list one Product would not be picked up due to an improperly sealed tote.    J Ciriello

## 7. Liquidation Sorting

Upon arrival of List 1 Product, totes to the Liquidation Receiving Dock, the Receiver will verify that all orange labeled, List 1 Product totes are properly sealed. The List 1 Product received will be moved to the secure liquidation storage area for processing. As the List 1 Product is processed, it will be compared to the unaltered packing list enclosed in the tote. If a deviation is noted and not resolved, and diversion is suspected, it shall be reported to the CO and the General Counsel. The Receiver will then mark the quantity received in the shared RAN Receiving worksheet referred to above.    K Wilson

Full cases are sorted by type, lot (when applicable), vendor and by expiration date.    K Wilson
Loose bottles & packages are put into large box for further sorting.

All full displays of bottled product that have more than four months to the products    K Wilson
expiration date and if Packets, 3 months to the products expiration date; are counted,
and put onto a specific pallet. That pallet is immediately transferred to the "CAGE".

Any damaged or out of date List 1 Products will be sorted and inventoried by item    K Wilson
and lot number. This product will be isolated and stored in the secured area until
proper disposal can be arranged. Inventory information will be forwarded to the
Buyer who will arrange for proper destruction.

List 1 product must be destroyed by a DEA licensed facility. The buyer will contact    M. Bledsoe
the facility and arrange for the delivery of the List 1 Product. The destruction company
shall verify the items, quantity, and lot numbers. They will also handle the physical
destruction of the product. They will provide Novelty, Inc. with an inventory of the
product destroyed. All receipts shall be retained.

## VERIFICATION

I, _____ (Employee's printed name), have read this
policy in its entirety. I understand its contents and have had an opportunity to ask
questions to my supervisor. I agree to follow this policy. Should I violate this policy, I
understand that I will get a written warning. If there's a second violation, employment
will be terminated.

Signature_____    Date:_____

DEA 00037

-----Original Message-----
**From:** Mbledsoe@noveltyinc.com [mailto:Mbledsoe@noveltyinc.com]
**Sent:** Friday, February 03, 2006 1:46 PM
**To:** Barnhill, Lisa R.
**Cc:** tsheth@aaapharm.com
**Subject:** Novelty

Lisa,

It was a pleasure speaking with you today. I have attached our policy on List 1 chemicals and highlighted the area describing our weekly monitoring of sales by product by State. If I can be of further assistance please call.

<<9-7-05.doc>>

Mark Bledsoe

Director of Category Management

Novelty Inc.

(317) 462-3121

mbledsoe@noveltyinc.com

DEA 00038

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NOVELTY, INC.,                                  )
                                               )
     Plaintiff,                             )
                                               )
v.                                             )     No. 1:07-CV-00191 (RMU)
                                               )
KAREN TANDY, Administrator,                    )
U.S. Drug Enforcement Administration,          )
et al.,                                        )
                                               )
     Defendants.                            )

**AFFIDAVIT OF MARK BLEDSOE IN SUPPORT OF NOVELTY'S OPPOSITION TO**
**DEFENDANTS' MOTION AND NOVELTY'S CROSS MOTION**

    I, Mark Bledsoe, declare under penalty of perjury that the following is true and correct to

the best of my knowledge, information, and belief:

1. I am the Director of Category Management for Novelty, Inc., located at 351 West

    Muskegon Drive, Greenfield, IN 46140 (hereinafter "Novelty").

2. I have been employed with Novelty, Inc. since February 1998. I have been the Director

    of Category Management for Novelty since June 2004.

3. Prior to being employed with Novelty I was employed as a Merchandiser for Sunoco for

    eight years, as a buyer for Stop N Go for six years, and as a District Manager for King

    Kwik for six years.

4. I have over 20 years of experience in the convenience store industry in the operations and

    marketing aspects of the business practice.

5. During the course of my employment in the convenience store industry, my operational

    responsibilities have included day to day supervision of eight to twelve convenience

    stores, category management for products and inventory, pricing negotiation with

vendors, recruitment of new product concepts and vendors, and development of store layouts and displays.

6. In my current position I am responsible for buying "standard" stock items for our inventory, negotiating prices with vendors, sourcing new vendors, and monitoring Novelty compliance with state and federal regulations governing List 1 products.   I also monitor the sales of List 1 products by dosage strength and formulation in compliance with state-specific List 1 product regulations.

## Novelty's Registration

7. In approximately 1996 Novelty applied for and received a registration to distribute list 1 chemicals from the DEA.

8. Every year after 1996 to the present Novelty renewed its registration to distribute List 1 chemicals with DEA.

9. Novelty's current registration was awarded on September 20, 2006 and is valid through October 31, 2007.

10. Novelty, Inc. has sold over-the-counter products containing a combination of ephedrine and  guaifenesin (an expectorant) to convenience store retail locations in the United States.

## Novelty's Customers and Products

11. Novelty distributes List 1 products to convenience stores exclusively.  It does not sell to distributors.  It sells directly to stores and has established relationships with each store. Its products are created by a contract manufacturer AAA Pharmaceuticals at Novelty's request and under Novelty's private label.  Novelty then transports and sells those products directly to its retail customers without any middle men, one of the critical

DEA 00040

elements in its risk reduction program. Novelty's manufacture and distribution of its products is a "closed system" that meets all of DEA's documentation requirements and regulatory limitations to minimize the risk of diversion.

12. Novelty's List 1 product customers include many of the nation's largest and most well-respected store chains such as Circle K, The Pantry, Village Pantry, and Speedway.

13. Novelty has <u>never</u> received a DEA Warning Letter advising Novelty that any of its products have ever been found in or associated with clandestine manufacturing of illegal substances.

14. Novelty sells List 1 chemical products in some states that limit ephedrine content to 12.5 mg tablet form, in some states that limit ephedrine content to 25 mg tablet form, in some states that limit ephedrine content to 12.5 mg gel capsule form, and in some states that limit ephedrine content to 25 mg gel capsule form.

15. Novelty ensures that the ephedrine form and content sold in a state complies with that state's requirements.

16. Novelty does not manufacture List 1 chemical products for sale in a state that exceeds that state's allowable limits on dosage.

17. Novelty does not sell its List 1 chemical products, and has never sold those products, with any "off label" claims (such as for weight loss or staying awake).

18. In his affidavit, DEA witness Darrell Meador defines several types of conduct that he says create a risk of ephedrine diversion to the illicit methamphetamine trade and suggests that Novelty engages in that conduct. Meador Affidavit at ¶¶ 13-14. Those statements, as applied to Novelty, are false:

DEA 00041

- Products are labeled as cough/cold relief medications but are "marketed for 'off label' uses, such as weight loss or staying awake." Meador Affidavit at ¶13. Novelty does not market its products for 'off label uses,' such as for weight loss or staying awake.

- "Products pass through multiple layers of distribution." Meador Affidavit at ¶14. This is false. Novelty's products do not pass through multiple layers of distribution. Novelty has a closed system of distribution, obtains the finished product from its contract manufacturer, warehouses the product in its own facilities, and ships the product by its own trucks and under the care of its own, security trained drivers.

- "Products sold are typically stronger than those found in the traditional market." Meador Affidavit at ¶14. Novelty's products are not stronger than those found in the traditional market. Novelty strictly complies with the dosage limitations of state and federal authorities. Novelty's dosage amounts are the same as those found in products sold in pharmacies, grocery stores, or "big box" stores such as Wal-Mart.

- "Products...have been disproportionately represented in clandestine lab seizures around the United States involving listed chemical products." Meador Affidavit at ¶14. Novelty has never been notified that its products were found in clandestine lab seizures.

- "Non-traditional retailers tend to knowingly sell large quantities of List 1 chemical products to 'smurfers,' methamphetamine traffickers and/or individuals who work for methamphetamine traffickers who attempt to buy

4

out a store's entire stock of List 1 chemical products by going to the store at different times or on different days." Meador Affidavit at ¶14. Novelty's distribution and sales system prevents its customers from purchasing large quantities of chemical products. Novelty enforces its policy regarding sales by the retailer to the consumer, this policy states; "no more than 2 packages per transaction and 1 transaction per day". This policy is far more stringent than the limit set in the Combat Methamphetamine Epidemic Act of 2005. (CMEA) (Limits ephedrine sales to 3.6 grams per day) Every display case containing Novelty's ephedrine products displays this policy, every log book provided to Novelty's retailers contains this policy on every page of the log book. (Novelty provides these log books to it's customers free of charge) Every training manual (Training required by the CMEA) provided to its customers contains this policy. (Novelty provides these training manuals to it's customers free of charge) .

19. Some of the stores to which Novelty sells its List 1 chemical products are located in Kentucky and Tennessee. Those states allow the <u>tablet form</u> of List 1 chemicals to be sold only in pharmacies. The laws of those states permit the gel capsule form of ephedrine to be sold in convenience stores, within dosage limitations. Novelty sells only its gel capsule form products in those states, and it does so in strict accordance with the laws of those states. The contrary statement made in the affidavit of Darrell Meador attached to the Defendants' Motion to Dismiss or in the alternative for Summary Judgment is utterly false. From the date Kentucky and Tennessee first adopted laws

DEA 00043

prohibiting the tablet form of ephedrine to be sold in convenience stores, Novelty has never sold that form in those states.

20. Novelty submitted to DEA a customer list at DEA's request. The list does not distinguish (and was not required to distinguish) which form or dose amount of its List 1 products (tablets versus gel caps and 12.5 mg per dose versus 25 mg per dose) are sold by which customers on that list. DEA has never requested that Novelty identify which products are sold by which customers. All prior customer lists given to DEA when Novelty sought a LONO likewise did not distinguish tablet States from gel capsule states and were not required to distinguish in that way. Novelty has consistently adhered to the legal requirements in each state where its products are sold.

21. Some of our List 1 customers operate stores in several states. In some cases they have stores in states that do not permit List 1 products to be sold in convenience stores (such as Iowa). In some cases they have stores located in states that permit ephedrine in 25 mg tablet form (such as Indiana). In some cases they have stores located in states that permit ephedrine in 12.5 mg tablet form (such as Michigan). In some cases they have stores located in states that permit ephedrine in 25 mg gel capsule form (such as Kentucky). In some cases they have stores located in states that permit ephedrine sold in 12.5 mg gel capsule form (such as Texas). The LONO requested on September 25, 2006 included those customers. If Novelty had excluded Circle K from that customer list because they have stores in Ohio that by law cannot sell ephedrine, or because they have stores in Kentucky that by law must sell ephedrine in a gel capsule form, then the customer list would have been misleading, since it was Novelty's intent to sell 25 mg ephedrine tablets to Circle K's Indiana stores and to sell 12.5 mg tablets to its Michigan stores.

DEA 00044

22. On or about February 3, 2006, I spoke with DEA employee Lisa R. Barnhill concerning our List 1 chemicals' products customer list. She asked for an explanation of the store or chains listed which had locations in states where sales in convenience stores were prohibited or restricted. I explained that the list does not identify which forms are sold to which customers or, in the case of some chains, does not identify by individual stores in states where sales by convenience stores are prohibited. I informed her of our policy on List 1 chemicals and sent her a copy of it via email, highlighting the sections describing our weekly monitoring of sales by product by State. Attachment A.

### List I Chemical Sales History

23. Because ephedrine is identified as a List 1 chemical by the Drug Enforcement Administration, Novelty, Inc. enforces a strict company-wide policy for all employees and associates governing the handling of ephedrine products.

24. The policy's formal objective is to ensure that the List 1 products held and distributed by Novelty, Inc. are guarded against risk of diversion at every point along the distribution chain up to, and including, the ultimate consumer sale.

25. Novelty, Inc.'s policy mandates that all associates who handle or have access to List 1 products be personally responsible for their actions in compliance. Each must read and sign the policy document acknowledging that he or she understands the provisions of the policy and will abide by the policy in its entirety.

26. In order to preserve the integrity of the inventory stock retained at Novelty, Inc.'s warehouses, all warehouse personnel with access to List 1 products are specially trained, must display employee ID badges indicating their specific position and security level

DEA 00045

(i.e., OTC access authorization), and are subject to a zero tolerance policy for any act of non-compliance.

27. Prior to being hired, Novelty, Inc. conducts extensive criminal background checks and performs standard drug testing for all of its personnel, warehouse human resources, and contract drivers.

### List I Chemical Storage and Sales Procedures

28. The List 1 products area contained within the Novelty, Inc. warehouse is protected by a floor to ceiling chain link fence with two entry/exit gates, and a security system that electronically monitors all parts of the warehouse.

29. The warehouse is monitored by an ADT Focus® Fire & Security system twenty-four hours a day, employing motion detectors throughout the facility. The motion detectors are linked to automatic reporting devices that record the time and location of any potential security breach at the warehouses. Novelty personnel monitor the facility twenty-four hours a day and can be dispatched to the warehouse along with law enforcement on a moment's notice.

30. On receipt of a List 1 product shipment, Novelty, Inc.'s Receiver (B. Cheney) is responsible for checking the Bill of Lading and the Packing List to ensure that all of the information contained within, as well as the physical shipment, perfectly agrees with Novelty, Inc.'s Purchase Order.

31. The Receiver also checks to ensure that all documentation associated with the purchase and shipment of List 1 products contains both Novelty, Inc.'s and the supplier's DEA numbers.

DEA 00046

32. If any of the receiving process components do not agree, the shipment is rejected in its entirety.

33. If the Receiver discovers a concealed shortage of a List 1 product, she will then assemble the following documentation and forward it to the Novelty, Inc. Compliance Officer, the Buyer, and Novelty, Inc.'s General Counsel:

    a. Name of the manufacturer;

    b. Item number and description;

    c. Name of the carrier;

    d. Condition of shrink wrap at time of delivery for pallet/box with shortage;

    e. Purchase Order Number

    f. Lot Number

    g. All markings and identifiers on the box that contains a shortage of a List 1 product;

    h. Photographs of all sides of the box that contains the shortage;

    i. Condition of the box and its packaging at the time it was received;

    j. Condition and arrangement of the product inside the box;

    k. Photographs of the inside of the box (displaying contents);

    l. Method of shortage detection;

    m. Whether any/all of the other cases in the same shipment were checked for shortages.

34. The Novelty Receiving Supervisor (B. Cheney) must date-stamp the Packing Slip upon receipt of shipment, notes any discrepancies in the Vendor's paperwork, and sign to acknowledge compliance with all of the receiving requirements.

DEA 00047

35. If the List 1 product shipment is accepted by the Receiver, it is immediately placed in the enclosed warehouse OTC area for sorting and labeling.

36. List 1 products are sorted according to the lot number assigned to each product and prepared for storage. This activity is conducted under the aforementioned surveillance.

37. All List 1 products must bear the following information:

- A barcoded license plate that contains the Lot Number, Item Number, and Case Pack;
- A Green label with the Item Number and the Lot Number;
- The expiration date of the product.

38. Once a List 1 product is received by the warehouse, it is entered into the Novelty computer tracking system with the information listed above. The product is then tagged and enclosed in the OTC area of the warehouse where it can only be accessed by authorized personnel bearing the appropriate clearance badges.

39. List 1 products are always kept separate from hazardous materials.

40. When a full case List 1 product is ordered by a Novelty salesperson, Novelty, Inc.'s Order Selector (C. Book) fills the order according to quantity ordered and applies a shipping label bearing the information of the route number.

41. The Order Selector records the date, the amount ordered, Lot number of the products shipped, and the route number to which the product is assigned.

42. The Shipping Auditor checks to ensure that all List 1 product cases are properly sealed, labeled, and sorted for route shipping and delivery.

43. The information regarding the status of the List 1 inventory in the Lot Track book is reported to Inventory Control at the end of each week.

DEA 00048

44. Route Sales Professionals ("RSPs") receive the weekly load shipments of List 1 products to distribute to retail stores on their route. .

45. All delivery/route trucks must be secured and locked when not unloading for delivery.

46. All retail stores who purchase List 1 products from Novelty, Inc. also purchase other types of products stocked by Novelty, Inc.

47. Novelty, Inc. delivers all of its product inventory directly to the retail stores on Novelty trucks. Novelty's trained drivers ensure that all drop-off locations are legitimate business enterprises operating in a retail capacity and that the delivered cases are properly secured, locked, and kept behind the sales counters.

48. All purchasing transactions executed by Novelty, Inc. are recorded by an invoice filing system, with invoices signed by the purchaser. Payment is accepted either via invoice or upon delivery of the product.

49. Payment for purchases of List 1 products is never accepted in cash.

### Sales Limitations Policies

50. Novelty, Inc. requires that Novelty employees who negotiate the purchase of List 1 products obtain and maintain appropriate licensure, permits, and documents required to sell the products, including appropriate documentation required by FDA, DEA, and the State Boards of Pharmacy.

51. Novelty's employees who negotiate for manufacture of its List 1 chemical products are required to contract only with manufacturers licensed by DEA and all orders must be placed with the manufacturer through Novelty, Inc.'s Purchase Order System.

52. To ensure the validity and security of all List 1 product transactions, all Purchase Orders of List 1 products contain the DEA numbers of both the supplier and Novelty, Inc.

DEA 00049

53. Novelty, Inc. only delivers List 1 products to retail vendors that have been screened and verified for compliance with federal and state registration and record keeping requirements.

54. Each List 1 product sale must be registered and verified in the Novelty, Inc. invoice system, which includes the listing of the business name, address, item(s), and quantity of product sold.

55. Novelty, Inc. does not sell any List 1 products to individuals or to vendors who are not established and verified Novelty, Inc. customers.

56. Because the states have enacted different legislation regulating the sale of List 1 products, all RSPs are required to review a memo explaining the different regulatory provisions pertaining to List 1 products in individual states and to sign the memo confirming that the RSP has read and understands the provisions.

57. In addition, all newly hired Novelty, Inc. employees are required to read and sign the same memo and participate in state specific training as part of their orientation.

58. Novelty, Inc. does not permit RSPs to sell more than one (1) full case of List 1 product type (brand and count) per transaction to any retail customer outlet. There are no exceptions to this rule.

59. Any RSP violation of Novelty, Inc.'s List 1 product policy is documented by one written warning. RSPs are terminated for any subsequent violations committed after the receipt of a written warning.

### Auditing and Other Security Measures

60. Novelty, Inc. conducts regular self audits for List 1 product inventories to ensure the security and accuracy of all Novelty warehouse stock.

DEA 00050

61. JR Merlau is the Compliance Officer for Novelty, Inc. and is in charge of enforcing the List 1 products policy.

62. As part of standard Novelty, Inc. policy, the Compliance Officer does not have access to change inventory transactions.

63. The Compliance Officer's duties include monitoring and reporting all sales, transactions, or inventory inconsistencies resulting from possible diversion to senior management.

64. In order to avoid potential conflicts of interest, the Compliance Officer does not report to management in the Sales, Warehouse, or Inventory Control departments.

65. The Compliance Officer's duties also include monitoring and updating Novelty, Inc. staff and associates on all state laws and regulatory restrictions relating to List 1 products.

66. These regulatory updates and notices are communicated to the Sales and Delivery teams through memos and other Novelty, Inc. publications, including "Novelty News" and Novelty's "Order Guide."

67. The Compliance Officer is also responsible for reporting all deviations, suspicious transactions, and potential diversion risks to the Novelty, Inc. General Counsel if they are not resolved.

68. The General Counsel, in turn, is required to report all thefts and suspicious sales to the appropriate governmental agencies.

**September 25, 2006 Order**

69. On September 25, 2006, Novelty, through its manufacturer AAA Pharmaceutical, Inc. ("AAA"), ordered 2,000 kilograms of ephedrine from its importer Spirit Pharmaceuticals LLC ("Spirit"). Attachment B. I authorized that purchase order on behalf of Novelty.

DEA 00051

70. Spirit submitted a DEA Form 486 along with the purchase order from AAA and AAA's registration number. It also identified AAA's customer, Novelty. It requested a letter of no objection (LONO). Attachment B.

71. DEA responded on October 10, 2006 with a letter rejecting the LONO request for the two purchase orders. It did not identify the AAA customers in the letter. Attachment C..

72. Upon receipt of a copy of DEA's October 10, 2006 letter from Spirit via AAA, Novelty, by counsel, filed with DEA on November 2, 2006 a letter stating its intention to pursue the rejection and seek a hearing. Attachment D. Novelty appealed both shipments, not realizing that one shipment was for another AAA customer. I informed Spirit of the appeal.

73. I first learned that the October 10, 2006 letter from DEA rejecting the LONO request included a shipment to AAA intended for another AAA customer on April 16, 2007.

74. Novelty does not seek to contest the LONO denial for AAA's other customer's shipment of ephedrine.

75. Novelty's products to be manufactured from its September 25, 2006 Form 486 would restock its tablet product supplies.

76. Novelty will not sell the ephedrine intended for tablet production that is the subject of the September 25, 2006 Form 486 to any customer in a state where tablet sales through convenience stores are prohibited.

77. Novelty's electronic order filling system does not allow orders to be filled for List 1 chemicals in dosages or forms for states where those dosages or forms cannot be sold by convenience stores.

DEA 00052

78. I am responsible for monitoring state laws and updating the order filling system with any changes.

79. Novelty does not sell List 1 chemicals to a customer in a state where state law does not permit sale of that form by that customer.

80. Spirit received DEA's letter dated April 10, 2006. Attachment E. In that letter DEA reiterated its rejection of the LONO and gave three options for a response. Id. Novelty informed Spirit that Novelty was pursuing the rejection of the hearing request and asked, in accordance with the letter's options, that Spirit do nothing so that DEA would issue the notice of suspension. Attachment F.

DEA 00053

*Mark B. Bledsoe*
_____
Mark Bledsoe

5-22-07
_____
Date

15

DEA 00054



*Darrell R. Meador*
**HQ-OED**
**202-307-4948**

-----Original Message-----
**From:** Meador, Darrell R. [mailto:Darrell.R.Meador@usdoj.gov]
**Sent:** Thursday, June 07, 2007 12:55 PM
**To:** Meador, Darrell R.
**Subject:** phonecon w/ Arun Heble

On June 7, 2007, DI Meador answered a phone call from Arun Heble of Spirit Pharmaceuticals.  Mr Heble had phoned on 6/5 and spoken with Scott Masumoto re: the 1000 Kg ephedrine request of May 4, 2007.  Masumoto referred the call to Arthur Fireman-Rentas who told Mr. Heble that Meador would call him.

Meador told Mr. Heble that the DEA was still reviewing the 1000 Kg request, but that Mr. Heble had refused to affirmatively answer earlier correspondence from the DEA regarding earlier requests and because of this failure to respond, Mr. Heble should speak with DEA's office of chief counsel.  Mr. Heble stated that he thought each request stood on its own.  Meador said that was correct but since Mr. Heble had refused to respond to earlier correspondence, he should speak with DEA's attorney.  Mr. Heble said that he would see what his customer wished to do.  Meador told him that the decision was not up to the customer, but was up to Spirit Pharmaceuticals.  Mr. Heble said he understood and that he would reply later this same day.

*Darrell R. Meador*

**HQ-OED**

**202-307-4948**

 **U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Deputy Administrator*                    *Washington, D.C. 20537*

June 22, 2007

**IN THE MATTER OF**

Spirit Pharmaceuticals, LLC
225 Lincoln Highway, Suite 179
Fairless Hills, Pennsylvania 19030

## ORDER TO SUSPEND SHIPMENT

**PURUSANT** to Title 21, United States Code, Section 971 and Title 21, Code of Federal Regulations, Section 1313.41,

**NOTICE** is hereby given that the Drug Enforcement Administration (DEA) has ordered the suspension of the following proposed import into Philadelphia, Pennsylvania.

| | |
|---|---|
| **IMPORTER:** | Spirit Pharmaceuticals, LLC<br>225 Lincoln Highway, Suite 179<br>Fairless Hills, Pennsylvania 19030 |
| **CHEMICAL:** | Ephedrine Hydrochloride |
| **QUANTITY:** | 2,000 kilograms |
| **DEA-486 DATE:** | September 25, 2006 |
| **PROPOSED SHIP DATE:** | October 25, 2006 |
| **PURCHASE ORDER:** | 22773 |
| **CONTROL NUMBER:** | 5042393 |

On September 26, 2006, the DEA Office of Enforcement Operations (OE) received a DEA Form 486, Import/Export Declaration from Spirit Pharmaceuticals, LLC, 225 Lincoln Highway, Suite 179, Fairless Hills, Pennsylvania 19030, indicating that firm's intent to import Ephedrine Hydrochloride (ephedrine) in the amount of 2,000 kilograms, from Emmellen Biotech Pharmaceuticals, LTD., 501 Sentinel, 5th Floor, Central Avenue Road, Hirnandani Gardens, Powai,

DEA 00056

2

Mumbai, India 400 076.

Spirit Pharmaceuticals, LLC, (Spirit) was initially registered with DEA as an importer of ephedrine on November 8, 2004.

On September 25, 2006, as required by Title 21, CFR 1313.12, Spirit filed a 15-day advance notice Import Declaration (DEA Form 486, Control Number 5042393) for the importation of 2,000 kilograms of ephedrine to be purchased from Emmellen Biotech Pharmaceuticals LTD, in India. Spirit identified AAA Pharmaceutical, Inc., (AAA) on the import request as the customer. AAA was contacted by telephone to ascertain the product to be manufactured from this shipment of ephedrine as well as the customer to which the product would be distributed. During this telephone conversation, the representative of AAA stated that the ephedrine was to be manufactured into tablets, packaged, and sold to Novelty, Inc. (Novelty). On October 5, 2006, DEA received a letter from Mr. Mark Bledose of Novelty stating that Mr. Tejash Sheth of AAA asked that he (Mr. Bledsoe) send a customer list to the DEA. Attached to Mr. Bledsoe's letter was a list of customer names and addresses.

Ephedrine and pseudoephedrine are List 1 chemicals that are distributed to pharmacies and other traditional retail establishments for legitimate use as decongestants and bronchodilators, respectively. Ephedrine and pseudoephedrine, however, are also methamphetamine precursor chemicals used by traffickers in the illicit manufacture of methamphetamine, a Schedule II controlled substance, because these List 1 chemicals are readily convertible to make illicit methamphetamine and are readily available in over-the-counter (OTC) and legend drug products.

DEA final orders have established common circumstances surrounding the diversion of pseudoephedrine and ephedrine OTC products. *Joy's Ideas; Revocation of Registration*; 70 Fed. Reg. 33,195 (DEA 2005); *Rick's Picks, L.L.C.; Revocation of Registration*; 72 Fed. Reg. 18,275 (DEA 2007). DEA has found that diversion of these OTC products occurs through sales in non-traditional outlets (also referred to as "gray market" retail outlets), which include small retail establishments, such as liquor stores, mini-marts, beauty parlors, gas stations, convenience stores, and video rental stores. These non-traditional outlets purchase and sell ephedrine and pseudoephedrine OTC products in quantities that exceed what would be necessary to meet legitimate demand. These OTC products are usually marked in brands that are not well known nor widely advertised and are often packaged and displayed in ways not found in large, traditional retail establishments such as discount department stores and pharmacies that market these products. These OTC pseudoephedrine and ephedrine products, which are distributed by these non-traditional retail establishments, are often sold to persons for use in the illicit manufacture of methamphetamine.

DEA also has established through a final order, which denied an application for DEA registration to distribute OTC ephedrine products, that the legitimate market for ephedrine in "gray market" retail outlets is even smaller than the already low demand in the "gray market" for pseudoephedrine. *Planet Trading, Inc., d/b/a United Wholesale Distributors; Denial of Applications*, 72 Fed. Reg. 11,055 (DEA 2007).

DEA 00057

3

DEA investigation revealed that AAA manufactures and Novelty distributes OTC products containing ephedrine, which are "gray market products." This term signifies a product that contains ephedrine as the only active ingredient, or products that contain 12.5 mg. or 25 mg. of ephedrine in combination with another active medical ingredient, which are generally, as noted above, not widely advertised and are distributed to "non-traditional" retail outlets. The product label supplied by AAA was for tablets of ephedrine Hcl 25 mg. and ephedrine Hcl 12.5 mg. in combination with Guaifenesin 200 mg. DEA investigation also revealed that Novelty's customers were "gray market" retail outlets such as convenience stores and gas stations. Novelty "limits" sales to such customers to one case of ephedrine per transaction. This limitation does not proscribe a minimum time period in which a customer is allowed to purchase another case. DEA has information that Novelty's policy has been in effect at least from September 2005.

Based on DEA's previous experience with the products similar to those proposed to be manufactured using the ephedrine that Spirit seeks to import, and considering the non-traditional market in which such products would be sold, I find that the proposed importation of ephedrine may be diverted to the clandestine manufacture of controlled substances.

The following procedures are available to you in this matter:

1. Within 30 days after you receive this Order to Suspend Shipment, you may file with the DEA a written request for a hearing in the form set forth in Section 1316.47, Title 21, Chapter 2, CFR. (See Section 1313.54(a))

2. The Deputy Administrator shall cause a hearing to be held for the purpose of receiving factual evidence regarding the issues involved in the suspension of the shipment within 45 days of the date of your request, unless you request an extension of time. (See Section 1313.52)

3. The Deputy Administrator or the presiding officer may modify or waive any rule with respect to this Order by notice in advance of the hearing, if it is determined that no party in the hearing will be unduly prejudiced and the ends of justice will thereby be served. (See Section 1313.53)

4. Should you decline to file a request for a hearing or should you so file and fail to appear at the hearing, you shall be deemed to have waived the hearing and the Deputy Administrator may cancel the hearing, if scheduled. (See Sections 1313.54(a) and (b)) Pursuant to Title 21 CFR § 1313.57, DEA may then enter a Final Order in this matter without a hearing.

5. You may file with the DEA a written notice that you will withdraw the import declaration that is the subject of this suspension order. If you withdraw import declaration, these proceedings will be terminated.

4

The DEA's Final Order shall include the findings of fact and conclusions of law upon which the Final Order is based.  The Deputy Administrator shall serve one copy of the Final Order upon each party in the hearing.

Correspondence concerning this matter, including any request for hearing, should be addressed to the Hearing Clerk, Office of Administrative Law Judges, Drug Enforcement Administration, Washington, D.C.  20537, with a copy furnished to the Government Counsel identified below.

Michele M. Leonhart
Deputy Administrator



**U.S. Department of Justice**
**Drug Enforcement Administration**

---

*www.dea.gov*                                        Washington, D.C. 20537

## JUN 2 5 2007

Jonathan W. Emord, Esq.
Andrea G. Ferrenz, Esq.
Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, Virginia  20124

Re:  Novelty, Inc.

Dear Mr. Emord and Ms. Ferrenz:

This letter is in response to your client's request for an administrative hearing to challenge the Drug Enforcement Administration's (DEA) decision to deny a Letter of No-Objection (LONO) to the competent authority in the country of export for the following proposed importation:

| | |
|---|---|
| Registered Importer | Spirit Pharmaceuticals, LLC |
| Date of DEA-486 | September 25, 2006 |
| Listed Chemical | Ephedrine 2000 Kg |
| Date of proposed importation | October 28, 2006 |
| DEA Control # | 5042393 |
| PO# | 22773 |

Your client's request for an administrative hearing on this matter is premature and is therefore denied at this time.  Pursuant to 21 U.S.C. § 971 (c) and 21 C.F.R. § 1313.41, DEA has suspended the importation by Order dated June 22, 2007.  Spirit Pharmaceuticals, L.L.C. (Spirit) may request an administrative hearing pursuant to 21 U.S.C. § 971 (c) (2) and 21 C.F.R. § 1313.54 (a).  In the event Spirit requests a hearing in a timely fashion, your client will be permitted to petition the Administrative Law Judge to intervene and/or participate in such a hearing.  DEA will not oppose such a motion to intervene and/or participate.

I hope this letter has clarified DEA's position.

Sincerely,

Lisa R. Barnhill
Acting Section Chief
Dangerous Drugs and Chemicals

DEA 00061