UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NOVELTY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-00191 (RMU) |
| | ) | |
| KAREN TANDY, Administrator, | ) | |
| UNITED STATES DRUG ENFORCEMENT | ) | |
| ADMINISTRATION; et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S
REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Novelty Inc., by counsel and pursuant to Local Civil Rules 65.1 and 7(d), hereby files this unopposed motion for an extension of time in which to file its reply to Defendants' opposition to Plaintiff's motion for preliminary injunction. Defendants' opposition was filed the evening of June 25, 2007. That opposition is part of a consolidated pleading, filed in accordance with his Honor's Order of June 14, 2007.

Plaintiff seeks an extension until July 19, 2007 within which to file its reply and to include that reply as part of its own consolidated pleading. Pursuant to his Honor's Order of May 30, 2007, Plaintiff's consolidated pleading is to be filed on July 19.

The filing of Plaintiff's reply as part of its consolidated pleading on or before July 19, 2007 is a benefit to the court and the parties, eliminating repetitive briefing on the cause of action at issue.

Local Civil Rule 65.1 does not set a deadline for the filing of a reply on a motion for preliminary injunction and Local Civil Rule 7(d), pertaining to all motions, sets a

deadline of five days after the service of the opposition.  Without the requested extension Plaintiff's opposition would be due Monday July 2, 2007.  Plaintiff would then file a second pleading on or before July 19, 2007 as currently scheduled.

Plaintiff has consulted with Defendants' counsel in accordance with Local Civil Rule 7(m) and Defendants' counsel has no objection to the reply's extension and consolidation with the pleading scheduled for July 19, 2007.  A draft order is attached.

                Respectfully submitted,

                NOVELTY, INC.

                By:  _____/s/_____
                    Its counsel
                    Jonathan W. Emord (DC Bar 407414)
                    Andrea G. Ferrenz (DC Bar 460512)

Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA 20124
P: (202) 466-6937
F: (202) 466-6938
Email: jemord@emord.com

Date submitted:  June 29, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-00191 (RMU) |
| ) | |
| KAREN TANDY, Administrator, ) | |
| UNITED STATES DRUG ENFORCEMENT ) | |
| ADMINISTRATION; et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter is before the Court on Plaintiff's unopposed motion for an extension of time in which to file its reply to Defendants' opposition to Plaintiff's motion for preliminary injunction. Having duly considered the motion, it is hereby:

ORDERED that, Plaintiff's motion for an enlargement of time is GRANTED and that Plaintiff's shall have up to and including July 19, 2007 to respond to the opposition to Plaintiff's motion for preliminary injunction.

SIGNED and ENTERED this ____ day of _____, 2007.

_____
U.S. DISTRICT JUDGE RICARDO M. URBINA