UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NOVELTY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-00191 (RMU) |
| | ) | |
| KAREN TANDY, Administrator, | ) | |
| UNITED STATES DRUG | ) | |
| ENFORCEMENT ADMINISTRATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF PLAINTIFF'S WITHDRAWL OF PLAINTIFF'S MOTION TO STAY PENDING COURT ORDER**

Novelty, Inc. ("Novelty"), by counsel, hereby withdraws its pending "Motion to Stay Pending Court Order" ("Motion to Stay") in light of new and unanticipated developments at the DEA.

On Friday, July 6, 2007, counsel for Novelty, Inc. received a telephone call from the chambers of DEA Administrative Law Judge Gail A. Randall (the same ALJ who presided in the PDK matter). Judge Randall informed Novelty's counsel and DEA counsel that she would issue a scheduling order for a hearing in response to Novelty's June 28, 2007 letter request for one. The action of Judge Randall came as a surprise to DEA and DOJ counsel in this proceeding, who have argued consistently for six months that Novelty is not entitled to a DEA hearing on the merits. In Judge Randall's teleconference of July 6, DEA counsel argued, *inter alia*, that Novelty should not be permitted a hearing; that DEA counsel would move to dismiss the hearing based on principally the same grounds argued before this Court; and that any decision by Judge

Randall permitting a hearing would be the subject of an interlocutory appeal to the DEA's Deputy Administrator. The Administrator (and, by delegation, the Deputy Administrator) is represented in the case now before your Honor and is on record opposing the grant of an independent hearing on the merits to Novelty, contending, against the decision of this Court in PDK Labs Inc. v. Reno, 134 F.Supp.2d 24, 38 (D.D.C. 2001), that only Novelty's importer, Spirit Pharmaceuticals, LLC, has a right to a hearing under 21 USC §971. At the conclusion of the teleconference, Judge Randall announced that she would issue the scheduling order and would receive motions concerning Novelty's right to a hearing in the ordinary course.

In light of Judge Randall's action, Novelty hereby withdraws its pending Motion to Stay.

Respectfully submitted,

NOVELTY, INC.,


_____/s/_____
By:   Jonathan W. Emord (DC Bar 407414)
      Andrea G. Ferrenz (DC Bar 460512)
      Attorneys for Plaintiff

Emord & Associates, P.C.
11808 Wolf Run Lane
Reston, VA 20191
Phone: (202) 466-6937
Fax: (202) 466-6938
jemord@emord.com

Date submitted:     July 9, 2007

2