**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NOVELTY, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| KAREN TANDY, in her official capacity; | ) |
| UNITED STATES DRUG | ) |
| ENFORCEMENT ADMINISTRATION; | ) |
| ALBERTO GONZALES, in his official | ) |
| capacity; UNITED STATES | ) |
| DEPARTMENT OF JUSTICE; and the | ) |
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Defendants. | ) |

Civil Action No. 1:07-CV-00191 (RMU)

## <u>JOINT MOTION FOR A STAY OF PROCEEDINGS</u>

The parties hereby move to stay proceedings in this Court for six months or until the

Drug Enforcement Administration ("DEA") enters a final order in the DEA administrative

proceedings Docket No. 07-36 (hereinafter "DEA proceedings ") whichever is sooner.  It is

well established that "the power to stay proceedings is incidental to the power inherent in

every court to control the disposition of the causes on its docket with economy of time and

effort for itself, for counsel, and for litigants." <u>Landis v. North Am. Co.</u>, 299 U.S. 248, 254

(1936); <u>see also</u> <u>IBT/HERE Employee Representatives' Council v. Gate Gourmet Div.</u>

<u>Americas</u>, 402 F. Supp. 2d 289, 292 (D.D.C. 2005) (Urbina, J.).

Good cause exists for this motion because the DEA proceedings could afford plaintiff

partial or complete relief of the claims in this action; a stay would thus conserve the

resources of the parties and the Court by narrowing the issues for judicial review.  Plaintiff's

June 29, 2007 request for a hearing triggered administrative proceedings and is now pending before an Administrative Law Judge ("ALJ").  The ALJ to whom the case is assigned held a scheduling conference on July 6, 2007.  The ALJ docketed the case for a hearing August 27, 2007,.  See ALJ Order, dated July 6, 2007 (attached hereto as Exhibit A).  After the hearing or after denial of a hearing, DEA will enter a final order "as soon as practicable" in accordance with its regulations.  See 21 C.F.R. § 1313.57.[1]

The proposed stay of proceedings would suspend the briefing of all pending motions for six months or until entry of a final order, whichever is sooner.  The parties will file a joint status report with the Court 11 days after entry of a final order.  In the event that the parties cannot agree on a joint status report, they will submit separate status reports on the same date.

Date:  July 13, 2007                                    Respectfully Submitted,


_____/s/_____
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.,
Rm 7322
Washington DC 20530
T: 202-514-9836
F: 202-616-8202
Amy.powell@usdoj.gov

Attorney for Defendant

---

[1]     DEA is required by its regulations to allow 30 days for Spirit Pharmaceuticals to request a hearing on the June 22, 2007 Order to Suspend Shipment.  See 21 C.F.R. §§ 1313.51, 1313.54(a).

_____/s/_____
By:    Jonathan W. Emord (DC Bar 407414)
Andrea G. Ferrenz (DC Bar 460512)
Emord & Associates, P.C.
11808 Wolf Run Lane
Reston, VA 20191
Phone: (202) 466-6937
Fax: (202) 466-6938
jemord@emord.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NOVELTY, INC.,<br><br>     Plaintiff,<br><br>   v.<br><br>KAREN TANDY, in her official capacity;<br>UNITED STATES DRUG<br>ENFORCEMENT ADMINISTRATION;<br>ALBERTO GONZALES, in his official<br>capacity; UNITED STATES<br>DEPARTMENT OF JUSTICE; and the<br>UNITED STATES OF AMERICA,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:07-CV-00191 (RMU) |

## [PROPOSED] ORDER

This matter is before the Court on a Joint Motion for a Stay of Proceedings.

Upon due consideration of the parties' submission, it is hereby:

ORDERED that, the Joint Motion for a Stay of Proceedings for six months or until

entry of a final order, in the DEA administrative proceeding Docket No. 07-36,

whichever occurs first, is GRANTED; and it is further

ORDERED that briefing on all pending motions is hereby suspended for the

pendency of the stay; and it is further

ORDERED that the parties shall submit a Joint Status Report no later than 11

days after entry of a final order.

SIGNED and ENTERED this ____ day of _____, 2007.

_____
U.S. DISTRICT JUDGE RICARDO M. URBINA