**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NOVELTY, INC., )<br>)<br>           Plaintiff, )<br>)<br>   v. )<br>)<br>KAREN TANDY, in her official capacity; )<br>UNITED STATES DRUG )<br>ENFORCEMENT ADMINISTRATION; )<br>ALBERTO GONZALES, in his official )<br>capacity; UNITED STATES )<br>DEPARTMENT OF JUSTICE; and the )<br>UNITED STATES OF AMERICA, )<br>)<br>           Defendants. )<br>_____) | Civil Action No. 1:07-CV-00191 (RMU) |

**VOLUNTARY DISMISSAL BY STIPULATION OF PLAINTIFF'S
FIRST CAUSE OF ACTION OF THE AMENDED COMPLAINT**

Plaintiff Novelty, Inc., by counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) hereby files this notice of voluntary dismissal without prejudice by stipulation for Plaintiff's first cause of action of the Amended Complaint. On August 17, 2007, the Deputy Administrator for the Drug Enforcement Administration issued an order denying Plaintiff Novelty's request for a hearing on the Order of Suspension issued to Spirit Pharmaceuticals Inc. Pursuant to 21 U.S.C. § 877, Novelty has petitioned for review of that order to the U.S. Court of Appeals for the District of Columbia Circuit. Novelty's first cause of action in its Amended Complaint sought relief for DEA's denial of Novelty's right to a hearing under the Due Process Clause of the Fifth Amendment and 21 U.S.C. § 971. Those issues are the subject of the petition for review.

Respectfully submitted,

NOVELTY INC.

_____/s/_____
Jonathan W. Emord (DC Bar 407414)
Andrea G. Ferrenz (DC Bar 460512)
Emord & Associates, P.C.
11808 Wolf Run Lane
Reston, VA 20191
Phone: (202) 466-6937
Fax: (202) 466-6938
jemord@emord.com

Attorneys for Plaintiff


KAREN TANDY, in her official capacity; UNITED STATES DRUG ENFORCEMENT ADMINISTRATION; ALBERTO GONZALES, in his official capacity; UNITED STATES DEPARTMENT OF JUSTICE; and the UNITED STATES OF AMERICA,


_____/s/_____
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.,
Rm 7322
Washington DC 20530
T: 202-514-9836
F: 202-616-8202
Amy.powell@usdoj.gov

Attorney for Defendant


Date submitted:  August 31, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC.,                          ) | |
|                                         ) | |
|            Plaintiff,                   ) | |
|                                         ) | |
|      v.                                 ) | Civil Action No. 1:07-CV-00191 (RMU) |
|                                         ) | |
| KAREN TANDY, in her official capacity;  ) | |
| UNITED STATES DRUG                      ) | |
| ENFORCEMENT ADMINISTRATION;             ) | |
| ALBERTO GONZALES, in his official       ) | |
| capacity; UNITED STATES                 ) | |
| DEPARTMENT OF JUSTICE; and the          ) | |
| UNITED STATES OF AMERICA,               ) | |
|                                         ) | |
|            Defendants.                  ) | |

### ORDER

Upon consideration of Plaintiff's Voluntary Dismissal by Stipulation of Plaintiff's First Cause of Action of the Amended Complaint it is hereby

ORDERED that the First Cause of Action in the Amended Complaint is hereby DISMISSED WITHOUT PREJUDICE.

SIGNED and ENTERED this ___ day of _____, 2007.

_____
U.S. DISTRICT JUDGE RICARDO M. URBINA