IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NOVELTY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KAREN TANDY, in her official capacity; ) <br> UNITED STATES DRUG ) <br> ENFORCEMENT ADMINISTRATION; ) <br> ALBERTO GONZALES, in his official ) <br> capacity; UNITED STATES ) <br> DEPARTMENT OF JUSTICE; and the ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 1:07-CV-00191 (RMU) |

## NOTICE OF FILING

Plaintiff Novelty, Inc., by counsel, notifies this Court that, as per the parties Joint Status Report on August 30, 2007, Novelty filed a Motion for an Order on Jurisdiction Over Related Claims on Friday, September 14, 2007, by courier. The motion was intended to be filed with the U.S. Court of Appeals for the District of Columbia Circuit. Novelty discovered today that the courier erroneously filed the motion with the District of Columbia Court of Appeals on Indiana Avenue. There was no deadline with the U.S. Court of Appeals for filing that motion. To ensure an accurate record with this Court and counsel we are filing this notice. The motion has been

filed today with the U.S. Court of Appeals for the District of Columbia Circuit.  We regret any

inconvenience the misfiling has caused the Court and government counsel.

                                              Respectfully submitted,

                                              NOVELTY INC.

                                              _____/s/_____
                                              Jonathan W. Emord (DC Bar 407414)
                                              Andrea G. Ferrenz (DC Bar 460512)
                                              Emord & Associates, P.C.
                                              11808 Wolf Run Lane
                                              Reston, VA 20191
                                              Phone: (202) 466-6937
                                              Fax: (202) 466-6938
                                              jemord@emord.com

                                              Attorneys for Plaintiff

Date submitted:  September 21, 2007