IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NOVELTY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-CV-00191 (RMU) |
| | ) | |
| KAREN TANDY, in her official capacity; UNITED STATES DRUG ENFORCEMENT ADMINISTRATION; MICHAEL B. MUKASEY, in his official capacity; UNITED STATES DEPARTMENT OF JUSTICE; and the UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION TO CONTINUE THE STAY OF PROCEEDINGS

The parties hereby jointly move to continue the stay of proceedings in this Court until April 1, 2008. It is well established that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. North Am. Co., 299 U.S. 248, 254 (1936); see also IBT/HERE Employee Representatives' Council v. Gate Gourmet Div. Americas, 402 F. Supp. 2d 289, 292 (D.D.C. 2005) (Urbina, J.). Good cause exists for this motion because ongoing proceedings could afford plaintiff Novelty Inc. (hereinafter "Novelty") partial or complete relief; a stay would thus conserve the resources of the parties and the Court by narrowing the issues for review by this Court.

By order of this Court, the above-captioned matter was stayed on July 13, 2007, "for six months or until an entry of a final order in the DEA administrative proceeding Docket No. 07-36,

whichever occurs first." The stay had been in place for six months as of January 13, 2008. On August 17, 2007, defendant Deputy Administrator of the United States Drug Enforcement Administration issued an Order stating that Novelty's request for a hearing to challenge the Order to Suspend Shipment issued to Spirit Pharmaceuticals Inc. was denied (hereinafter August 17, 2007 Order). However, the Deputy Administrator has not yet issued an order confirming or overturning the original suspension order.

Novelty filed its petition for review of the August 17, 2007 Order in the U.S. Court of Appeals for the District of Columbia Circuit. Concurrently, Novelty dismissed the cause of action in this court challenging DEA's denial of hearing to Novelty. Thereafter, Novelty filed a motion with the U.S. Court of Appeals for the D.C. Circuit seeking a court order confirming that court's jurisdiction over the remaining three causes of action. DEA opposed the motion. On December 14, 2007, the Court of Appeals issued a per curiam order directing the parties to address jurisdictional issues in their briefs. The Court of Appeals has not, however, set a briefing schedule.

Accordingly, the parties agree that the proceedings in this Court ought to be stayed. Defendants' position is that ongoing administrative proceedings that could afford the plaintiff relief or otherwise clarify the issues for review by this Court. Plaintiff's position is that ongoing proceedings before the D.C. Circuit could afford the plaintiff relief or otherwise clarify the issues for review by this Court. The parties will file with the Court a joint status report on or before April 1, 2008. In the event that the parties cannot agree on a joint status report, they will submit separate status reports on the same date.

Date:   January 18, 2008                    Respectfully Submitted,

_____/s/_____
Jonathan W. Emord (DC Bar 407414)
Andrea G. Ferrenz (DC Bar 460512)
Emord & Associates, P.C.
11808 Wolf Run Lane
Reston, VA 20191
Phone: (202) 466-6937
Fax: (202) 466-6938
jemord@emord.com

*Attorneys for Plaintiff*


JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch

_____/s/_____
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.,
Washington DC 20530
T: 202-514-9836
F: 202-616-8202
amy.powell@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00191 (RMU) |
| ) | |
| KAREN TANDY, in her official capacity; ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION; ) | |
| MICHAEL B. MUKASEY, in his official ) | |
| capacity; UNITED STATES ) | |
| DEPARTMENT OF JUSTICE; and the ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

This matter is before the Court on a Joint Motion for a Stay of Proceedings. Upon due consideration of the parties' submission, it is hereby:

ORDERED that, the Joint Motion to Continue the Stay of Proceedings until April 1, 2008, is GRANTED; and it is further

ORDERED that, the parties shall file with the Court a joint status report on or before April 1, 2008. In the event that the parties cannot agree on a joint status report, they will submit separate status reports on the same date.

SIGNED and ENTERED this ___ day of _____, 2008.

_____
U.S. DISTRICT JUDGE RICARDO M. URBINA