IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00191 (RMU) |
| ) | |
| KAREN TANDY, in her official capacity; ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION; ) | |
| MICHAEL B. MUKASEY, in his official ) | |
| capacity; UNITED STATES ) | |
| DEPARTMENT OF JUSTICE; and the ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

By order of this Court, the above-captioned matter was originally stayed on July 13, 2007, "for six months or until an entry of a final order in the DEA administrative proceeding Docket No. 07-36, whichever occurs first." Docket No. 42. By order dated January 21, 2008, the Court continued that stay until April 1, 2008. Docket No. 47. The parties agree that the present proceedings ought to continue to be stayed.

Prior to the Court's last order, two issues were pending in other forums. First, on August 17, 2007, the Deputy Administrator of the defendant United States Drug Enforcement Administration ("DEA") issued an Order stating that Novelty's request for a hearing to challenge the Order to Suspend Shipment issued to Spirit Pharmaceuticals Inc. was denied (hereinafter August 17, 2007 Order).

Second, Novelty filed its petition for review of the August 17, 2007 Order in the U.S.

Court of Appeals for the District of Columbia Circuit. Concurrently, Novelty dismissed the cause of action in this court challenging DEA's denial of hearing to Novelty. On December 14, 2007, the Court of Appeals issued a per curiam order directing the parties to address jurisdictional issues in their briefs. On March 26, 2008, the Court of Appeals set a briefing schedule with briefing to be completed by July 17, 2008. Thereafter, DEA has moved to hold those proceedings in abeyance pending the outcome of administrative proceedings.

The parties agree that the present stay of proceedings should be continued, albeit for different reasons.

Plaintiff's position is that the ongoing proceedings before the D.C. Circuit could afford the plaintiff relief or otherwise clarify the issues for review by this Court.

Defendant's position is that the proceedings described above, as well as the present action, should be held in abeyance pending additional administrative proceedings. On January 17, 2008, the Deputy Administrator immediately suspended Novelty's DEA registration and issued an Order to Show Cause as to why DEA should not revoke that registration. An administrative hearing on this Order to Show Cause is currently ongoing. The parties will then file post-hearing briefs, and the Administrative Law Judge will issue a recommended decision. The parties are then given 20 days to file exceptions, and the record is transmitted to the Administrator for issuance of a Final Order. The post-hearing process in this type of case usually takes about four months. Defendant believes that these administrative proceedings may moot some or all of the issues in this case.

Accordingly, the parties respectfully request that this case continue to be stayed and propose that the parties file a joint status report on August 1, 2008. In the event that the parties cannot agree on a joint status report, they will submit separate status reports on the same date.

Date:   April 1, 2008                                                  Respectfully Submitted,

_____/s/_____
Jonathan W. Emord (DC Bar 407414)
Andrea G. Ferrenz (DC Bar 460512)
Emord & Associates, P.C.
11808 Wolf Run Lane
Reston, VA 20191
Phone: (202) 466-6937
Fax: (202) 466-6938
jemord@emord.com

*Attorneys for Plaintiff*



JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch

_____/s/_____
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.,
Washington DC 20530
T: 202-514-9836
F: 202-616-8202
amy.powell@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00191 (RMU) |
| ) | |
| KAREN TANDY, in her official capacity; ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION; ) | |
| MICHAEL B. MUKASEY, in his official ) | |
| capacity; UNITED STATES ) | |
| DEPARTMENT OF JUSTICE; and the ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

This matter is before the Court on a Joint Motion for a Stay of Proceedings. Upon due consideration of the parties' submission, it is hereby:

ORDERED that, the Joint Motion to Continue the Stay of Proceedings until August 1, 2008, is GRANTED; and it is further

ORDERED that, the parties shall file with the Court a joint status report on or before August 1, 2008. In the event that the parties cannot agree on a joint status report, they will submit separate status reports on the same date.

SIGNED and ENTERED this ___ day of _____, 2008.

_____
U.S. DISTRICT JUDGE RICARDO M. URBINA