IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAREN TANDY, in her official capacity; UNITED STATES DRUG ENFORCEMENT ADMINISTRATION; MICHAEL B. MUKASEY, in his official capacity; UNITED STATES DEPARTMENT OF JUSTICE; and the UNITED STATES OF AMERICA, <br><br> Defendants. | Civil Action No. 1:07-CV-00191 (RMU) |

## JOINT STATUS REPORT

By order of this Court, the above-captioned matter was originally stayed on July 13, 2007, "for six months or until an entry of a final order in the DEA administrative proceeding Docket No. 07-36, whichever occurs first." Docket No. 42. By order dated January 21, 2008, the Court continued that stay until April 1, 2008. Docket No. 47. By order dated April 3, 2008, the Court continued that stay until August 1, 2008. The parties agree that the present proceedings ought to continue to be stayed.

Prior to the Court's last order, two issues were pending in other forums. First, on August 17, 2007, the Deputy Administrator of the defendant United States Drug Enforcement Administration ("DEA") issued an Order stating that Novelty's request for a hearing to challenge the Order to Suspend Shipment issued to Spirit Pharmaceuticals Inc. was denied (hereinafter "August 17, 2007 Order"). The Deputy Administrator has not ruled on the suspension order.

Novelty filed its petition for review of the August 17, 2007 Order in the U.S. Court of Appeals for the District of Columbia Circuit. Concurrently, Novelty dismissed the cause of action in this court challenging DEA's denial of hearing to Novelty. On December 14, 2007, the Court of Appeals issued a per curiam order directing the parties to address jurisdictional issues in their briefs. On March 26, 2008, the Court of Appeals set a briefing schedule with briefing to be completed by July 17, 2008. Those proceedings are held in abeyance pending the outcome of proceedings relating to Novelty's registration.

On January 17, 2008, the Deputy Administrator immediately suspended Novelty's DEA registration and issued an Order to Show Cause as to why DEA should not revoke that registration. On May 21, 2008, the Administrative Law Judge issued a recommended decision in Novelty's favor, but the Administrator has not issued a Final Order, and a petition for review has not been filed on this issue. Novelty sought a preliminary injunction against the immediate suspension in District Court. The District Court denied the injunction, *see Novelty Distributors v. Leonhart*, No. 08-cv-635 (D.D.C.), and Novelty has appealed that decision, *see Novelty Distributors v. Leonhart*, Case No. 08-5910 (D.C. Cir.). Appellate briefing on the preliminary injunction should be completed by the middle of August.

The parties agree that the present stay of proceedings should be continued, albeit for different reasons.

Plaintiff's position is that its petition for review of the August 17, 2007 Order, pending before the D.C. Circuit, could afford the plaintiff relief or otherwise clarify the issues for review by this Court.

Defendant's position is that the present action should be held in abeyance pending resolution of both the registration issue and the final suspension order. Defendant believes that

these proceedings may moot or resolve some or all of the issues in this case.

Accordingly, the parties respectfully request that this case continue to be stayed and propose that the parties file a joint status report on February 1, 2009. In the event that the parties cannot agree on a joint status report, they will submit separate status reports on the same date.

Date:   August 1, 2008                                     Respectfully Submitted,

_____/s/_____
Jonathan W. Emord (DC Bar 407414)
Andrea G. Ferrenz (DC Bar 460512)
Emord & Associates, P.C.
11808 Wolf Run Lane
Reston, VA 20191
Phone: (202) 466-6937
Fax: (202) 466-6938
jemord@emord.com

*Attorneys for Plaintiff*


GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch

_____/s/_____
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.,
Washington DC 20530
T: 202-514-9836
F: 202-616-8202
amy.powell@usdoj.gov

*Attorneys for Defendant*